IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL | § § § § | |
| Defendants. | § | |

### JONATHAN T. SUDER'S NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS LLC

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Jonathan T. Suder, State Bar No. 19463350, of Friedman, Suder & Cooke, 604 East Fourth Street, Suite 200, Fort Worth, Texas, 76102, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.  Notice of this designation has been provided to all other parties.

**Dated:  July 1, 2010.**                    Respectfully submitted,

/s/   Jonathan T. Suder
   State Bar No. 19463350
Michael T. Cooke
   State Bar No. 04759650
Todd I. Blumenfeld
State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

1

2

                                          Keith A. Rutherford
                                          R. Scott Reese
                                          Sarah R. Cabello
                                          WONG, CABELLO, LUTSCH,
                                            RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          /s/ Michael T. Cooke

N:\Clients\MJ\VES\Volvo-05\Pleadings\notice of appearance by JTS.docx