# IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C. A. NO. 6:10-cv-00327-LED |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR INNOVATIVE GLOBAL SYSTEMS LLC

Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC notifies the Court that Scott Reese of Wong Cabello, 20333 SH 249, Suite 600, Houston, Texas 77070, Phone (832) 446-2400, Fax (832) 446-2424, Email: sreese@counselip.com, has entered this action as counsel on its behalf. In connection with this notice, Mr. Reese requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Respectfully Submitted,

July 2, 2010

/s/ Scott Reese
Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350

Todd I. Blumenfeld
State Bar No. 24067518
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
State Bar No. 17452000
Scott Reese
Texas State Bar No. 24046696
Sarah Cabello
Texas State Bar No. 24052877
**WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI L.L.P.**
20333 S.H. 249, Suite 600
Houston, Texas 77070
Telephone:     (832) 446-2425
Facsimile:     (832) 446-2424
E-Mail: krutherford@counselip.com
E-Mail: sreese@counselip.com
E-Mail: scabello@counselip.com

Eric M. Albritton
**ERIC M. ALBRITTON, P.C.**
P.O. Box 2649
111 West Tyler Street
Longview, TX 75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS
LLC**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, July 2, 2010 with a copy of Notice of Attorney Appearance via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                /s/ Wayne B. Maydwell
                                                   Wayne B. Maydwell