IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **INNOVATIVE GLOBAL SYSTEMS LLC** | § § § | |
| | § | **CIVIL ACTION NO. 6:10-CV-327-LED** |
| PLAINTIFF, | § § | |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL.** | § § § § | |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE

Innovative Global Systems LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    ALBRITTON LAW FIRM
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449 (phone)
    (903) 758-7397 (fax)

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)

*Counsel for Innovative Global Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th day of July 2010.

_____
Eric M. Albritton

2