# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | C. A. No. 6:10-CV-00327-LED |
| v. | § § § | JURY TRIAL DEMANDED |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., AND NAVISTAR, INC. | § § § § § § § § § § § § | |
| Defendants. | § § | |

## **CATERPILLAR, INC.'S NOTICE OF APPEARANCE OF GARY J. FISCHMAN**

Notice is herby given that the undersigned attorney, Gary J. Fischman, enters his appearance in this matter as counsel for Defendant Caterpillar, Inc., for the purpose of receiving notices and orders from the court.

Dated: July 7, 2010                     Respectfully submitted,

/s/ Gary J. Fischman
Gary J. Fischman
Texas bar No. 0787469
Howrey LLP
1111 Louisiana, 25th floor
Houston, TX 77002
Telephone: (713) 787-1400
Facsimile: (713) 787-1440
Email: fischmang@howrey.com

1

ATTORNEY FOR DEFENDANT
CATERPILLAR, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, July 22, 2010 with a copy of **DEFENDANT CATERPILLAR, INC.'S NOTICE OF APPEARANCE OF GARY J. FISCHMAN** via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Gary J. Fischman
Gary J. Fischman