IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC<br><br>    Plaintiff,<br><br>    vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC,  WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>    Defendants. | Case No. 6:10-cv-00327-LED<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Ruffin B. Cordell, enters his appearance in this matter as counsel for Defendant Komatsu America Corp. for the purpose of receiving notices and orders from the Court.

Dated:  July 23, 2010              Respectfully submitted,

                    By:    */s/ Ruffin B. Cordell*
                         Ruffin B. Cordell (SBN 04820550)
                         cordell@fr.com
                         FISH & RICHARDSON P.C.
                         1425 K Street N.W., 11th floor
                         Washington, DC 20005-3500
                         Telephone: 202-783-5070
                         Facsimile: 202-783-2331

              Attorney for Defendant Komatsu America Corp.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on July 23, 2010 via the Court's CM-ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this same date.

       */s/ Ruffin B. Cordell*
      Ruffin B. Cordell