# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC )<br><br>Plaintiff, )<br><br>v. )<br><br>VOLVO CONSTRUCTION EQUIPMENT )<br>NORTH AMERICA, INC., ET AL )<br><br><br>Defendants. ) | Case No. 6:10-CV-00327<br><br>JURY TRIAL DEMANDED |

## PAUL R. STEADMAN'S NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT NAVISTAR, INC.

TO THE HONORABLE UNITED STATES DISTRICT COURT AND ALL PARTIES:

Defendant, Navistar, Inc. hereby notifies the Court and all parties of record that Paul R. Steadman will appear as an attorney of record on its behalf in the referenced action. Mr. Steadman requests that he be served with all pleadings and court papers at the following address: Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Telephone: (312) 862-2135, Facsimile: (312) 862-2200, E-mail: paul.steadman@kirkland.com

Date:  July 27, 2010 Respectfully submitted,

/s/ Paul R. Steadman
Paul R. Steadman
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2135
Facsimile:  (312) 862-2200
Email: paul.steadman@kirkland.com

*Attorney for Defendant Navistar, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 27, 2010.  Any other counsel of record will be served by First Class Mail on this same date.

/s/ Paul R. Steadman
Paul R. Steadman