# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **INNOVATIVE GLOBAL SYSTEMS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-327** |
| | § | **PATENT CASE** |
| | § | |
| **VOLVO CONSTRUCTION EQUIPMENT** | § | |
| **NORTH AMERICA, INC., ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion.  The notice shall include (1) a list of any pending motions to dismiss or transfer, (2) a list of any related cases previously filed in the Eastern District of Texas involving the same patent /patents;  (3) the patent numbers for this case and any related case; and (4) the dates of any future Markman Hearing and/or Trial for related cases.

So ORDERED and SIGNED this 27th day of July, 2010.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**