Appendix K                                                                 Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>Tyler</u>    DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>6:10-cv-327</u>
Style: <u>Innovative Global Systems LLC v. Volvo Construction et al.</u>
2. Applicant is representing the following party/ies: <u>Navistar, Inc.</u>
3. Applicant was admitted to practice in <u>IL</u> (state) on <u>11.5.1998</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    <u>See attachment</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, <u>Craig Leavell</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>July 26, 2010</u>         Signature <u>Cy Leavell</u>

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Craig Leavell
State Bar Number 6256260
Firm Name: Kirkland & Ellis LLP
Address/P.O. Box: 300 North LaSalle
City/State/Zip: Chicago, IL 60654
Telephone #: 312-862-2105
Fax #: 312-862-2200
E-mail Address: craig.leavell@kirkland.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **7/28/10**



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____MLL_____
Deputy Clerk

## Courts of Admission
### Craig D. Leavell, Illinois Bar No. 6256260

| *Courts* | *Admission Dates* |
|---|---|
| - Illinois State Court: | 11/05/1998 |
| - United States District Court, Northern District of Illinois: | 12/16/1998 |
| - United States Court of Appeals for the Federal Circuit: | 12/29/1998 |
| - United States District Court for Central District of Illinois: | 10/01/1999 |
| - United States Patent and Trademark Office: | 09/07/2001 |
| - United States District Court for Eastern District of Wisconsin: | 10/01/2002 |
| - United States District Court for Southern District of Illinois: | 04/05/2006 |
| - Trial Bar of Northern District of Illinois: | 04/27/2007 |

# United States District Court

for the

Eastern District of Texas at Tyler

Date: **Wednesday, July 28, 2010**

Received from:

**KIRKLAND & ELLIS LLP**

**300 NORTH LASALLE STREET**

**CHICAGO, IL  60654**

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **6:10-CV-327**

Comments: **PHV FEE PAID FOR CRAIG LEAVELL CHECK #10100131**

Received by: **GG**