UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party you are representing:

Is this the first application for extension of time in this case?　　　Yes

　　　No

　　If no, please indicate which application this represents:　　Second

　　　Third

　　　Other _____

Date of Service of Summons:

Number of days requested:　　30 days

　　15 days

　　Other \_\_\_\_\_ days

New Deadline Date:　　*(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

　　Full Name:

　　State Bar No.:

　　Firm Name:

　　Address:



　　Phone:

　　Fax:

　　Email:

A certificate of conference does not need to be filed with this unopposed application.