UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00327

Name of party requesting extension: WIRELESS MATRIX USA, LLC

Is this the first application for extension of time in this case?    ☑ Yes

    ☐ No

If no, please indicate which application this represents:    ☐ Second

    ☐ Third

    ☐ Other _____

Date of Service of Summons: 07-09-2010

Number of days requested:    ☑ 30 days

    ☐ 15 days

    ☐ Other _____ days

New Deadline Date: 08-30-2010 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: S. Calvin Capshaw

State Bar No.: 03783900

Firm Name: Capshaw DeRieux, LLP

Address: 1127 Judson Road, Suite 220

    Longview, Texas 75601

Phone: 903-236-9800

Fax: 903-236-8787

Email: ccapshaw@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.