IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC<br><br>    Plaintiff,<br>  v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL<br><br>    Defendants. | Civil No. 6:10-CV-327 (LED)<br><br>JURY DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Defendant, Wireless Matrix USA, LLC for the purpose of receiving notices and orders from the Court.

Respectfully submitted,


By:/s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com

ATTORNEYS FOR DEFENDANT
WIRELESS MATRIX USA, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 30th day of July, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                       /s/ Elizabeth L. DeRieux
                                       Elizabeth L. DeRieux