Appendix K                                                             Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# <u>TYLER</u> DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:10-cv-00327-LED__
Style: _Innovative Global Systems LLC v. Volvo Construction Equipment North America, Inc. et al._
2. Applicant is representing the following party/ies: Hyundai Construction Equipment Americas, Inc.
3. Applicant was admitted to practice in New York (state) on 03/02/1998 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    See attached
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, _____Ching-Lee Fukuda_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __08/06/10__          Signature _____[signature]_____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Ching-Lee Fukuda__
State Bar Number __2884088 (NY)__
Firm Name: __Ropes & Gray LLP__
Address/P.O. Box: __1211 Avenue of the Americas__
City/State/Zip: __New York, NY 10036__
Telephone #: __212-596-9336__
Fax #: __646-728-2533__
E-mail Address: __ching-lee.fukuda@ropesgray.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __8/9/10__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __MLL__
Deputy Clerk

## Ching-Lee Fukuda – Courts Admitted To

State of New York, First Department
U.S.C.A., Federal Circuit
U.S.D.C., Southern District of New York
U.S.D.C., Eastern District of New York

# Receipt for Payment

Receipt No: 6-1-0023442

## United States District Court
for the
Eastern District of Texas at Tyler

Date:                Friday, August 6, 2010

Received from:

**POTTER MINTON**
**P O BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $200.00 |
| **Total** | **$200.00** |

Payment method:         **Check**
Case or other reference: **6:10-CV-327  LED**
Comments:               **PHV FEES PAID FOR CHING-LEE FUKUDA AND WILLIAM MCCABE CHECK #'S 070314**

Received by:             **GG**