Appendix K                                                                 Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:10-cv-00327-LED__
Style: _Innovative Global Systems LLC v. Volvo Construction Equipment North America, Inc. et al._
2. Applicant is representing the following party/ies: __Hyundai Construction Equipment Americas, Inc.__
3. Applicant was admitted to practice in _New York_ (state) on __03/06/1989__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/~~has not~~ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__See attached__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _____William J. McCabe_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __08/06/10__   Signature __[signature]__

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): William J. McCabe
State Bar Number: 2258085 (NY)
Firm Name: Ropes & Gray LLP
Address/P.O. Box: 1211 Avenue of the Americas
City/State/Zip: New York, NY 10036
Telephone #: 212-596-9018
Fax #: 646-728-2673
E-mail Address: william.mccabe@ropesgray.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **8/9/10**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By MLL
Deputy Clerk

## William J. McCabe – Courts Admitted To

State of New York, First Department
U.S. Supreme Court
U.S.C.A., Federal Circuit
U.S.D.C., Southern District of New York
U.S.D.C., Eastern District of New York
U.S.D.C. Western District of New York
U.S.D.C. Eastern District of Michigan
U.S.D.C. Western District of Michigan

**Receipt for Payment**                                   Receipt No: 6-1-0023442

# United States District Court
for the
Eastern District of Texas at Tyler

Date:           Friday, August 6, 2010

            Received from:

                                                            <u>Account</u>   <u>Description</u>
                                                            085000 _ Attorney Admission Fees
                                                            086400 _ New Case Fee
            **POTTER MINTON**                               086900 _ Filing Fees
            **P O BOX 359**                                 121000 _ Conscience Fund
                                                            129900 _ Gifts
            **TYLER, TX 75710**                             143500 _ Interest
                                                            322340 _ Sale of Publications
                                                            322350 _ Copy Fees
                                                            322360 _ Miscellaneous Fees
                                                            322380 _ Recoveries of Court Costs
                                                            322386 _ Cost of Prosecution
                                                            504100 _ Crime Victims Fund
                                                            508800 _ Immigration Fees
                                                            510000 _ Civil Filing Fee (1/2)
| <u>Account</u> | <u>Amount</u> |                         5100PL _ Partial Filing Fee (PLRA)
| --- | --- |                                               510100 _ Registry Fee
| 6855XX | **$200.00** |                                    604700 _ Registry Funds/General and Special Funds
|  |  |                                                     613300 _ Unclaimed Monies
|  |  |                                                     6855XX _ Deposit Funds
| **Total** | **$200.00** |

Payment method:        **Check**
Case or other reference: **6:10-CV-327  LED**
Comments:              **PHV FEES PAID FOR CHING-LEE FUKUDA AND WILLIAM MCCABE CHECK #'S 070314**

Received by:           **GG**