**Appendix K**                                                      Revised: 4/19/10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### Tyler DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 6:10-cv-00327-LED
Style: CAT v. Global Systems
2. Applicant is representing the following party/ies: Caterpillar
3. Applicant was admitted to practice in DC (state) on 12/7/92 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / **has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / **has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / **has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attached
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
    I, Gregory J. Commins, Jr. do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 8/3/2010          Signature _/s/ Gregory J. Commins, Jr._



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Gregory J. Commins, Jr.

State Bar Number 435440

Firm Name: Howrey LLP

Address/P.O. Box: 1299 Pennsylvania Avenue

City/State/Zip: Washington, DC

Telephone #: 202-383-6963

Fax #: 202-383-6610

E-mail Address: comminsg@howrey.com

Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **8/9/10**

*David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ MLL _____
Deputy Clerk



# GREGORY J. COMMINS, JR.

D.C. Bar No.: 435440

|  | Certificate Date |
|---|---|
| New York Bar | 1/30/91 |
| District of Columbia Bar | 12/7/92 |
| U.S. Court of Appeals for the District of Columbia | 7/12/93 |
| U.S. Court of Appeals for the Eleventh Circuit | 4/28/97 |
| U.S. District Court for the Central District of Illinois | 6/8/00 |
| U.S. District Court for the District of Columbia | 9/11/00 |
| U.S. Court of Appeals for the Federal Circuit | 7/02/03 |
| U.S. District Court of the District of Colorado | 5/01/06 |

**Receipt for Payment**                                Receipt No: 6-1-0023443

# United States District Court

for the

Eastern District of Texas at Tyler

Date:           Monday, August 9, 2010

Received from:

HOWREY LLP

1299 PENNSYLVANIA AVE, N.W.

WASHINGTON, DC  20004-2402

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $200.00 |
| **Total** | **$200.00** |

Payment method:           Check

Case or other reference:  6:10-CV-327  LED

Comments:                 PHV FEES PAID FOR ROBERT ABRAMS AND GREGORY COMMINS, JR
                          CHECK #1101020213

Received by:              gg