IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | JURY TRIAL DEMANDED |
| | § | 6:10-CV-00327-LED |
| vs. | § § § | |
| VOLVO CONSTRUCTION EQUIPMENT, *et al* | § § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.

Defendant Hyundai Construction Equipment Americas, Inc. files this Notice of Appearance of Additional Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 North College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Defendant Hyundai Construction Equipment Americas, Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 9, 2010                     Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Allen F. Gardner*
    Allen F. Gardner
    State Bar No. 24043679
    allengardner@potterminton.com

{A48\8528\0001\W0438667.1 }

**ATTORNEYS FOR DEFENDANT
HYUNDAI CONSTRUCTION EQUIPMENT
AMERICAS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 9, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*
Allen F. Gardner