IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT,<br>*et al* | JURY TRIAL DEMANDED<br><br>6:10-CV-00327-LED |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT TOPCON TIERRA

Defendant Topcon Tierra files this Notice of Appearance of Counsel and hereby notifies the Court that Eugene M. Paige of the law firm of Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111-1704 is appearing as additional counsel for Defendant Topcon Tierra in the above-referenced matter.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  August 12, 2010

Respectfully submitted,

**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA  94111-1704
(415) 391-5400
(415) 397-7188

By: /s/ Eugene M. Paige_____
Eugene M. Paige
emp@kvn.com
Attorneys for Defendant
TOPCON TIERRA

507683.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 12, 2010.  Any other counsel of record will be served by first Class U.S. mail on this same date.

                                            /s/ Eugene M. Paige
                                            Eugene M. Paige