# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> VOLVO CONSTRUCTION EQUIPMENT § <br> NORTH AMERICA, INC., VOLVO § <br> TRUCKS NORTH AMERICA, INC., § <br> KOMATSU AMERICA CORP., § <br> CATERPILLAR, INC., HYUNDAI § <br> CONSTRUCTION EQUIPMENT § <br> AMERICAS, INC., TOPCON TIERRA, § <br> STARTRAK SYSTEMS, LLC, WIRELESS § <br> MATRIX USA, LLC, JLG INDUSTRIES § <br> INC., TYLER TECHNOLOGIES, INC., § <br> GEOTAB, INC., AND NAVISTAR, INC. § <br> § <br> Defendants. § | C. A. No. 6:10-CV-00327-LED <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DESIGNATION OF PETER J. CHASSMAN
## AS ATTORNEY IN CHARGE FOR GEOTAB, INC. AND NOTICE OF APPEARANCE

Defendant Geotab, Inc. designates PETER J. CHASSMAN as Attorney In Charge.  Mr. Chassman is a member of the bar of this Court and his office address, telephone, and fax numbers are as follows:

> Peter J. Chassman
> HOWREY LLP
> 1111 Louisiana, 25th Floor
> Houston, TX  77002
> Telephone:  (713) 787-1623
> Facsimile:  (713) 456-2055
> E-Mail:  chassmanp@howrey.com

1

Mr. Chassman will be responsible for the lawsuit and should receive all communications from the Court and from other parties. He will be assisted by attorney Tyler VanHoutan at Howrey LLP.

Dated: August 18, 2010

        HOWREY LLP

        Respectfully submitted,

        By: /s/ Peter J. Chassman
           Peter J. Chassman, **Attorney In Charge**
           Texas Bar No. 00787233
           Email: chassmanp@howrey.com
           Tyler T. VanHoutan
           Texas Bar No. 24033290
           Email: vanhoutant@howrey.com
           1111 Louisiana, 25th Floor
           Houston, Texas 77002
           Telephone:  (713) 787-1400
           Facsimile:   (713) 787-1440

        COUNSEL FOR DEFENDANT,

        GEOTAB, INC.

3

**CERTIFICATE OF SERVICE**

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                              /s/  Peter J. Chassman

DM_US:23405154_1