**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, § § § Plaintiff, § § v. § § VOLVO CONSTRUCTION EQUIPMENT § NORTH AMERICA, INC., VOLVO § TRUCKS NORTH AMERICA, INC., § KOMATSU AMERICA CORP., § CATERPILLAR, INC., HYUNDAI § CONSTRUCTION EQUIPMENT § AMERICAS, INC., TOPCON TIERRA, § STARTRAK SYSTEMS, LLC, WIRELESS § MATRIX USA, LLC, JLG INDUSTRIES § INC., TYLER TECHNOLOGIES, INC., § GEOTAB, INC., AND NAVISTAR, INC. § § Defendants. § | C. A. No. 6:10-CV-00327-LED JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Tyler T. VanHoutan, a member of the bar of this Court, enters his appearance in the above-captioned action as counsel for Defendant Geotab, Inc., and respectfully requests service of pleadings and other papers filed in this action and any orders and notices from this Court:

> Tyler T. VanHoutan
> Texas State Bar No. 24033290
> HOWREY LLP
> 1111 Louisiana, 25th Floor
> Houston, TX  77002
> Telephone:  (713) 787-1400
> Facsimile:  (713) 787-1440
> E-Mail:  vanhoutant@howrey.com

1

DATED this 18th day of August, 2010.

          Respectively submitted,

          <u>/s/ Tyler T. VanHoutan</u>
          Tyler T. VanHoutan
          Texas Bar No. 24033290
          Email: vanhoutant@howrey.com
          HOWREY LLP
          1111 Louisiana, 25th Floor
          Houston, Texas 77002
          Telephone:  (713) 787-1400
          Facsimile:   (713) 787-1440

          COUNSEL FOR DEFENDANT,

          GEOTAB, INC.

3

**CERTIFICATE OF SERVICE**

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


                                    /s/  Tyler T. VanHoutan