Robert F. Kramer (California State Bar No. 181706)
NOVAK DRUCE + QUIGG LLP
555 Mission Street
Thirty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 814-6161
Facsimile:  (415) 814-6165
robert.kramer@novakdruce.com

Attorney for Defendants
VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>  Defendants. | Case No. 6:10-CV-00327-LED<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendants VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. and VOLVO TRUCKS NORTH AMERICA, INC. ("Defendants") file this Notice of Appearance, and hereby notify the Court that attorney Robert F. Kramer enters his appearance in this matter as counsel

of record for Defendants for the purpose of receiving notices and orders from the Court.

Dated:  August 20, 2010

Respectfully submitted,

   /s/ Robert F. Kramer
Robert F. Kramer

Attorney for Defendants
VOLVO CONSTRUCTION EQUIPMENT and NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC.