AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __TEXAS__

INNOVATIVE GLOBAL SYSTEMS LLC

**SUMMONS IN A CIVIL ACTION**

V.

VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL

CASE NUMBER: 6:10-cv-00327

TO: (Name and address of Defendant)

Defendant Tyler Technologies, Inc.
c/o Capital Corporation Services, Inc.
800 Brazos, Suite 400
Austin, TX 78701

> RECEIVED
> U.S. DISTRICT COURT
> EASTERN DISTRICT OF TEXAS
> AUG 23 2010
> DAVID J. MALAND, CLERK

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Cooke
Friedman, Suder & Cooke
604 E. Fourth Street
Suite 200
Fort Worth, TX 76102

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland

CLERK OF COURT

7/1/10

DATE

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## EASTERN District of TEXAS

Case Number: 6:10-CV-00327

Plaintiff:
**INNOVATIVE GLOBAL SYSTEMS, LLC**

vs.

Defendant:
**VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL**

Received by AKA LITIGATION SUPPORT SERVICES on the 8th day of July, 2010 at 10:09 am to be served on **TYLER TECHNOLOGIES, INC. C/O CAPITOL CORPORATION SERVICES, INC., 800 BRAZOS, SUITE 400, AUSTIN, TX 78701**.

I, Jason Carson, do hereby affirm that on the **8th day of July, 2010** at **3:35 pm, I:**

delivered to **TYLER TECHNOLOGIES, INC. C/O CAPITOL CORPORATION SERVICES, INC.**, a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me, to: **LIZ GRAHAM, WHO IS AUTHORIZED TO ACCEPT SERVICE FOR CAPITOL CORPORATE SERVICES,** at the address of: **800 BRAZOS, SUITE 400, AUSTIN, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

I am a private process server authorized by the Supreme Court of Texas. I am over the age of twenty-one, not a party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

Jason Carson
SCH-2544

**AKA LITIGATION SUPPORT SERVICES**
**11844 Bandera Rd. #490**
**San Antonio, TX 78023**
**(800) 760-1672**

Our Job Serial Number: 2010001276

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z