AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                    EASTERN                    District of                    TEXAS

INNOVATIVE GLOBAL SYSTEMS LLC

**SUMMONS IN A CIVIL ACTION**

V.
VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL

CASE NUMBER: 6:10-cv-00327



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 23 2010
DAVID _____, CLERK

TO: (Name and address of Defendant)

Defendant Topcon Tierra
c/o Topcon Positioning, Joint Venturer
Takayuki Yamazaki
7400 National Drive
Livermore, CA 94551

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Cooke
Friedman, Suder & Cooke
604 E. Fourth Street
Suite 200
Fort Worth, TX 76102

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland                                                          7/1/10

CLERK OF COURT                                                        DATE

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:10-CV-00327

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Topcon Tierra
was received by me on *(date)* 07/06/2010 .

☒ I personally served the summons on the individual at *(place)* 7400 National Drive, Livermore, California, 94551 on *(date)* 7-20-10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Takayuki Yamazaki , who is designated by law to accept service of process on behalf of *(name of organization)* Topcon Tierra on *(date)* 07/20/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-20-10

Jorge Varela
*Server's signature*

Jorge Varela - Private Process Server
*Printed name and title*

Jorge Varela
5491 Shattuck Ave
Fremont, CA 94555
*Server's address*

Additional information regarding attempted service, etc:

State of California, County of ALAMEDA
Subscribed and sworn to (or affirmed)
Before me on this 28 day of JUL, 20 10, by
JORGE VARELA
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ Notary Public

VIKRAMDEEP SINGH RANDHAWA
Commission # 1690164
Notary Public - California
Alameda County
My Comm. Expires Aug 27, 2010