AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN      District of      TEXAS

INNOVATIVE GLOBAL SYSTEMS LLC

**SUMMONS IN A CIVIL ACTION**

V.

VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL

CASE NUMBER: 6:10-cv-00327



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 23 2010

DAVID J. MALAND, CLERK

TO: (Name and address of Defendant)

Defendant StarTrak Systems, LLC
c/o Edward M. Zimmerman
65 Livinston Avenue
Roseland, NJ 07068

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Cooke
Friedman, Suder & Cooke
604 E. Fourth Street
Suite 200
Fort Worth, TX 76102

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland

CLERK OF COURT

7/1/10

DATE

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:10-CV-00327

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Startrak Systems, LLC
was received by me on *(date)* 07/06/2010.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Timothy P. Slifkin , who is designated by law to accept service of process on behalf of *(name of organization)* Startrak Systems, LLC on *(date)* 07/16/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/10

*Server's signature*

Larry Sabel - Private Process Server
*Printed name and title*

2333 Routh 22 West, PO Box 36
Union, NJ 07083
*Server's address*

Additional information regarding attempted service, etc: