AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS

INNOVATIVE GLOBAL SYSTEMS LLC

V.

VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:10-cv-00327



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 23 2010

DAVID J. MALAND, CLERK

TO: (Name and address of Defendant)

Defendant Wireless Matrix USA, LLC
c/o CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Cooke
Friedman, Suder & Cooke
604 E. Fourth Street
Suite 200
Fort Worth, TX 76102

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland

CLERK OF COURT

7/1/10

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 9, 2010 |
| NAME OF SERVER (PRINT) Carroll J. Neuner II | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Wireless Matrix USA, LLc c/o C T Corporation System, Registered Agent; Service Auth. Letter Attached 4701 Cox Rd., Suite 301, Glen Allen, VA 23060

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 9, 2010
             Date

Signature of Server: Carroll J. Neuner II

2711 Buford Rd. # 183
Richmond, VA 23235
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Katherine V. White

Jenn Greene    7/9/10  2:15 P.M.

Dacia Jamison

Malina Scott

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this __20th__ day of __April__, 2010

Notary Public
Katherine Victoria White

Katherine Victoria White
Notary Public
Commonwealth of Virginia
Reg. # 7069044
My Commission Expires
June 30, 2010