AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | TEXAS |

INNOVATIVE GLOBAL SYSTEMS LLC

### SUMMONS IN A CIVIL ACTION

V.

VOLVO CONSTRUCTION EQUIPMENT NORTH
AMERICA, INC., ET AL

CASE NUMBER:   6:10-cv-00327



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 2 3 2010

DAVID J. MALAND, CLERK

TO: (Name and address of Defendant)

Defendant Navistar, Inc.
c/o CT Corporation System
350 N. St. Paul Street
Dallas, TX  75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Cooke
Friedman, Suder & Cooke
604 E. Fourth Street
Suite 200
Fort Worth, TX  76102

an answer to the complaint which is served on you with this summons, within _____21_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



David Maland

_____
CLERK OF COURT

**7/1/10**

_____
DATE

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:10-CV-00327

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Navistar Inc

was received by me on *(date)*          07/06/2010          .

☐ I personally served the summons on the individual at *(place)*
_____

on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Reva Jackson                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

Navistar Inc                                             on *(date)*      07/08/2010      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____  for travel and $ _____  for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:    7/8/10

_____
*Server's signature*

Carlos Barrera - Private Process Server
*Printed name and title*

2001 West Ave
San Antonio, Tx 78201
_____
*Server's address*

Additional information regarding attempted service, etc: