AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS

INNOVATIVE GLOBAL SYSTEMS LLC

**SUMMONS IN A CIVIL ACTION**

V.

VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL

CASE NUMBER: 6:10-cv-00327

TO: (Name and address of Defendant)

Defendant GeoTab, Inc.
c/o Texas Secretary of State
P.O. Box 12079
Austin, TX 78711-2079



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 2 3 2010
DAVID J. MALAND, CLERK

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Cooke
Friedman, Suder & Cooke
604 E. Fourth Street
Suite 200
Fort Worth, TX 76102

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland

CLERK OF COURT

7/1/10

DATE

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## EASTERN District of TEXAS

Case Number: 6:10-CV-00327

Plaintiff:
**INNOVATIVE GLOBAL SYSTEMS, LLC**

vs.

Defendant:
**VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL**

Received by AKA LITIGATION SUPPORT SERVICES on the 8th day of July, 2010 at 10:09 am to be served on **GEOTAB, INC. C/O TEXAS SECRETARY OF STATE, 1019 BRAZOS, ROOM 220, AUSTIN, TX 78701**

I, Jason Carson, do hereby affirm that on the **8th day of July, 2010** at **3:50 pm, I:**

served the **TEXAS SECRETARY OF STATE** by delivering a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me, to: **HELEN LUPERCIO** at **1019 BRAZOS, ROOM 220, AUSTIN, TX 78701**, as the designated agent for the Texas Secretary of State to accept service of process on behalf of **GEOTAB, INC.**. An administrative fee of $55.00 was also tendered.

I am a private process server authorized by the Supreme Court of Texas. I am over the age of twenty-one, not a party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

Jason Carson
SCH-2544

**AKA LITIGATION SUPPORT SERVICES**
11844 Bandera Rd. #490
San Antonio, TX 78023
(800) 760-1672

Our Job Serial Number: 2010001277

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z



# The State of Texas
## Secretary of State

2010-185820-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Action Original Complaint in the cause styled:

> Innovative Global Systems LLC Vs Volvo Construction Equipment North America Inc et al
> United States District Court Eastern District of Texas
> Cause No: 610CV00327

was received by this office on July 8, 2010, and that a copy was forwarded on July 15, 2010, by REGISTERED MAIL, return receipt requested to:

> GeoTab Inc
> 1081 South Service Road West
> Oakville Ontario L6L6K3
> Canada

The RETURN RECEIPT was received in this office on August 3, 2010, bearing the Signature Of Addressee's Agent.



Date issued: August 4, 2010

_____
Hope Andrade
Secretary of State

ST/lsv