Robert F. Kramer (California State Bar No. 181706)
NOVAK DRUCE + QUIGG LLP
555 Mission Street
Thirty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 814-6161
Facsimile:  (415) 814-6165
robert.kramer@novakdruce.com

Attorney for Defendants
VOLVO CONSTRUCTION EQUIPMENT
NORTH AMERICA, INC., VOLVO TRUCKS
NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>Defendants. | Case No. 6:10-CV-00327-LED<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendants VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. and

VOLVO TRUCKS NORTH AMERICA, INC. ("Defendants") file this Notice of Appearance, and

hereby notify the Court that attorney Robert F. Kramer enters his appearance in this matter as counsel

1    of record for Defendants for the purpose of receiving notices and orders from the Court.

2    Dated:  August 25, 2010                    Respectfully submitted,

3

4                                                    /s/ Robert F. Kramer
                                                 Robert F. Kramer
5
                                                 Attorney for Defendants
6                                                VOLVO CONSTRUCTION EQUIPMENT and
                                                 NORTH AMERICA, INC., VOLVO TRUCKS
7                                                NORTH AMERICA, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 6:10-cv-00327-LED
Notice of Appearance of Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Robert F. Kramer

Robert F. Kramer

Case No. 6:10-cv-00327-LED
Notice of Appearance of Counsel