UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-CV-00327

Name of party requesting extension: Navistar, Inc.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 07.08.10

Number of days requested:   ☐ 30 days   ☐ 15 days   ☑ Other 10 days

New Deadline Date: 09.09.10   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Paul R. Steadman
State Bar No.:
Firm Name: Kirkland & Ellis LLP
Address: 300 North LaSalle

Chicago, IL 60654
Phone: 312-862-2135
Fax: 312-862-2200
Email: paul.steadman@kirkland.com

A certificate of conference does not need to be filed with this unopposed application.