UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10cv00327

Name of party requesting extension: Komatsu America Corp.

Is this the first application for extension of time in this case?   ☐ Yes

☑ No

If no, please indicate which application this represents:   ☑ Second

☐ Third

☐ Other _____

Date of Service of Summons: 7/08/2010

Number of days requested:   ☐ 30 days

☐ 15 days

☑ Other 10 ____ days

New Deadline Date: 09/09/2010 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Ruffin B. Cordell

State Bar No.: 04820550

Firm Name: Fish & Richardson P.C.

Address: 1425 K Street, NW, 11th Floor
        Washington, DC 20005

Phone: (202) 783-5070

Fax: (202) 783-2331

Email: cordell@fr.com

A certificate of conference does not need to be filed with this unopposed application.