IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL CASE NO. 6:10-cv-00327-LED<br>**JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § | |
| Defendants. | § | |

## DEFENDANT TYLER TECHNOLOGIES, INC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tyler Technologies, Inc. ("Tyler Technologies") hereby discloses that Tyler Technologies has no corporate parent and no publicly held corporation owns 10% or more of Tyler Technologies's stock.

Dated:  August 31, 2010.

Respectfully submitted,

*/s/ John H. McDowell Jr.*
John H. McDowell Jr.
***Lead Attorney***
Texas State Bar No. 13570825
john.mcdowell@klgates.com
Benjamin Setnick
Texas State Bar No. 24058820
ben.setnick@klgates.com
K&L Gates LLP
1717 Main Street
Suite 2800

Dallas, Texas 75201
Telephone:  (214) 939-5500
Fax:  (214) 939-5849

Minh-Hien Nguyen
Texas State Bar No. 00795293
minh-hien.nguyen@klgates.com
K&L Gates LLP
600 Congress Ave., Ste. 900
Austin, Texas 78701
Telephone: (512) 482-6811
Fax: (512) 482-6859

OF COUNSEL:
Robert E. Bartkus
New Jersey State Bar No. 00951977
rbartkus@dbl-law.com
Dillon, Bitar & Luther, L.L.C.
P. O. Box 398
Morristown, New Jersey 07963-0398

**ATTORNEYS FOR DEFENDANT
DATARAM CORPORATION**

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing has been served upon counsel of record through the Court's CM/ECF system on this 31st day of August 2010.

                                                /s/ *John H. McDowell Jr.*
                                                John H. McDowell Jr.