UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00327-LED
Name of party requesting extension: Volvo Construction Equipment North America
Is this the first application for extension of time in this case?   ☐ Yes
   ☑ No
If no, please indicate which application this represents:   ☑ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 07/15/2010
Number of days requested:   ☐ 30 days
   ☐ 15 days
   ☑ Other  23   days
New Deadline Date: 09/30/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Gregory V. Novak
State Bar No.: 15119600
Firm Name: Novak Druce + Quigg LLP
Address: 1000 Louisiana Street
   Fifty-Third Floor
   Houston, Texas 77002
Phone: 713.571.3400
Fax: 713.456.2836
Email: Gregory.Novak@NovakDruce.com

A certificate of conference does not need to be filed with this unopposed application.