UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:10-cv-00327-LED

Name of party requesting extension: Volvo Trucks North America, Inc.

Is this the first application for extension of time in this case?

☐ Yes

✓ No

If no, please indicate which application this represents:

✓ Second

☐ Third

☐ Other _____

Date of Service of Summons: 07/15/2010

Number of days requested:

☐ 30 days

☐ 15 days

✓ Other 23 days

New Deadline Date: 09/30/2010 *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Gregory V. Novak

State Bar No.: 15119600

Firm Name: Novak Druce + Quigg LLP

Address: 1000 Louisiana Street
Fifty-Third Floor
Houston, Texas 77002

Phone: 713.571.3400

Fax: 713.456.2836

Email: Gregory.Novak@NovakDruce.com

A certificate of conference does not need to be filed with this unopposed application.