Gregory V. Novak (Texas State Bar No. 15119600 )
NOVAK DRUCE + QUIGG LLP
1000 Louisiana Street
Fifty-Third Floor
Houston, TX 77002
Telephone: (713) 571-3400
Facsimile:  (713) 456-2836
gregory.novak@novakdruce.com>
Attorney for Defendant
STARTRAK SYSTEMS, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>Defendants. | Case No. 6:10-CV-00327-LED<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendant STARTRAK SYSTEMS, LLC. ("Defendant") files this Notice of Appearance, and hereby notifies the Court that attorney Gregory V. Novak enters his appearance in this matter as counsel

Case No. 6:10-cv-00327-LED
Notice of Appearance of Counsel

1 | of record for Defendant for the purpose of receiving notices and orders from the Court.

2 | Dated: September 2, 2010                    Respectfully submitted,

3

4                                                          /s/ Gregory V. Novak
                                                          Gregory v. Novak
5
                                                          Attorney for Defendant
6                                                         STARTRAK SYSTEMS, LLC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/ Gregory V. Novak
                                          Gregory v. Novak