**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., AND NAVISTAR, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | C. A. No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, James C. Tidwell, a member of the bar of this Court, enters his appearance in the above-captioned action as local counsel for Defendant Geotab, Inc., and respectfully requests service of pleadings and other papers filed in this action and any orders and notices from this Court:

> James C. Tidwell
> Texas State Bar No. 20020100
> WOLFE, TIDWELL & MCCOY, LLP
> 123 N. Crockett, Suite 100
> Sherman, Texas  75090
> Telephone:  (903) 868-1933
> Facsimile:  (903) 892-2397
> E-Mail:  jct@wtmlaw.net

DATED this 3rd day of September, 2010.

                                            Respectively submitted,

                                            /s/ James C. Tidwell
                                            James C. Tidwell
                                            Texas Bar No. 20020100
                                            Email: jct@wtmlaw.net
                                            WOLFE, TIDWELL & MCCOY, LLP
                                            123 N. Crockett, Suite 100
                                            Sherman, Texas 75090
                                            Telephone: (903) 868-1933
                                            Facsimile: (903) 892-2397

                                            LOCAL COUNSEL FOR DEFENDANT,

                                            GEOTAB, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/ James C. Tidwell