IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., AND NAVISTAR, INC.,<br><br>Defendants. | Case No. 6:10-cv-00327-LED<br>JURY TRIAL DEMANDED |

## DEFENDANT NAVISTAR, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Navistar, Inc. hereby discloses that Navistar, Inc.'s parent is Navistar International Corporation, which is publicly traded and which owns 100% of Navistar, Inc.  No publicly held corporation owns 10% or more of Navistar International Corporation's stock.

Dated:  September 9, 2010                        Respectfully submitted,

s/Paul R. Steadman, P.C.
Paul R. Steadman, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
*paul.steadman@kirkland.com*

K&E 17659601.1

Of Counsel:

Craig D. Leavell
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
*craig.leavell@kirkland.com*

Simeon G. Papacostas
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
*simeon.papcostas@kirkland.com*

*Attorneys for Navistar, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing has been served upon counsel of record through the Court's CM/ECF system on this 9th day of September, 2010.

                                                        s/Paul R. Steadman, P.C.
                                                        Paul R. Steadman, P.C.