IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

## **TOPCON TIERRA'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Topcon Tierra makes the following disclosures. Topcon Tierra is a joint venture between Topcon Positioning Systems, Inc. and Divitech S.p.A. Topcon Positioning Systems, Inc. is wholly owned by Topcon America Corporation which is wholly owned by Topcon Corporation, Tokyo, Japan. Divitech S.p.A. is majority owned by Elda Ingegneria s.r.l., and no publicly traded corporation owns more than 10% of Divitech S.p.A.

Date: September 9, 2010                              Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
110 N. College Ave., Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311
Fax: 903.593.0846

Robert A. Van Nest
Eugene M. Paige
KEKER & VAN NEST, LLP
710 Sansome St.
San Francisco, CA 94111
Telephone: 415.391.5400
Fax: 415.397.7188

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT TOPCON TIERRA**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 9, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones