# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, § § Plaintiff, § § § § VOLVO CONSTRUCTION EQUIPMENT § NORTH AMERICA, INC., VOLVO TRUCKS § NORTH AMERICA, INC., KOMATSU § AMERICA CORP., CATERPILLAR, INC., § HYUNDAI CONSTRUCTION EQUIPMENT § AMERICAS, INC., TOPCON TIERRA, § STARTRAK SYSTEMS, LLC, WIRELESS § MATRIX USA, LLC, JLG INDUSTRIES § INC., TYLER TECHNOLOGIES, INC., § GEOTAB, INC., and NAVISTAR, INC., § § Defendants. § | CIVIL CASE NO. 6:10-cv-00327-LED JURY TRIAL DEMANDED |

## DEFENDANT GEOTAB, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal rule of Civil Procedure 7.1, Defendant GEOTAB, Inc. hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of GEOTAB Inc.'s stock.

DATED: September 9, 2010

                                                        Respectfully submitted,
                                                        */s/* Peter J. Chassman
                                                        Peter J. Chassman
                                                        ***Lead Attorney***
                                                        Texas State Bar No. 00787233
                                                        E-mail: chassmanp@howrey.com

        Tyler T. VanHoutan
        Texas State Bar No. 24033290
        E-mail: vanhoutant@howrey.com
        **HOWREY LLP**
        1111 Louisiana, 25th Floor
        Houston, Texas 770002
        Telephone: (713) 787-1623
        Fax: (713) 456-2055

        ATTORNEYS FOR GEOTAB, INC.

OF COUNSEL:

James C. Tidwell
Texas State Bar No. 20020100
WOLFE, TIDWELL & MCCOY, LLP
123 N. Crockett, Suite 100
Sherman, Texas 75090
Telephone: (903) 868-1933
Facsimile: (903) 892-2397
E-Mail: jct@wtmlaw.net

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of September 9th, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              */s/* Peter J. Chassman  
                                              Peter J. Chassman