# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>  *Plaintiff,*<br><br>  v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES, INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., AND NAVISTAR, INC.<br><br>  *Defendants.* | Civil Action No. 6:10-cv-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Defendant and Counterclaim Plaintiff Hyundai Construction Equipment Americas, Inc. ("Hyundai") discloses that Hyundai is a wholly owned subsidiary of Hyundai Heavy Industries Co., Ltd. ("HHI"). No publicly held company owns 10% or more of HHI's stock.

Dated:  September 9, 2010

Respectfully submitted,

*/s/ Ching-Lee Fukuda, with permission by*
*Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
Allen Franklin Gardner
Texas State Bar No. 24043679
allengardner@potterminton.com
Potter Minton
A Professional Corporation
110 North College
500 Plaza Tower
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

William J. McCabe
Ching-Lee Fukuda
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: william.mccabe@ropesgray.com
ching-lee.fukuda@ropesgray.com

Attorneys for
DEFENDANT HYUNDAI
CONSTRUCTION EQUIPMENT
AMERICAS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 9, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones