IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | § § | |
| Plaintiff, | § § | |
| vs. | § § § | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br>JURY TRIAL DEMANDED |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JLG INDUSTRIES INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant JLG Industries Inc. states as follows:

Defendant JLG Industries Inc. is a wholly-owned subsidiary of Oshkosh Corporation. Oshkosh Corporation is a publicly-traded company that is listed on the New York Stock Exchange under the symbol OSK.

Dated:  September 9, 2010                                    Respectfully submitted,

              By:   /S/  *Mark A. Shoffner*
                 Gerald C. Conley
                 Texas Bar No. 04664200
                 geraldconley@andrewskurth.com
                 Tonya M. Gray
                 Texas Bar No. 24012726
                 tonyagray@andrewskurth.com
                 Mark A. Shoffner
                 Texas Bar No. 24037490
                 markshoffner@andrewskurth.com

                 ANDREWS KURTH LLP
                 1717 Main Street, Suite 3700
                 Dallas, Texas  75201
                 Telephone: (214) 659-4400
                 Facsimile:  (214) 659-4401

                 Mark C. Nelson
                 Texas State Bar No. 00794361
                 mcnelson@sonnenschein.com
                 Sonnenschein Nath & Rosenthal LLP
                 2000 McKinney Ave., Ste. 1900
                 Dallas, Texas 75201
                 Telephone: (214) 259-0900
                 Facsimile: (214) 259-0910

*Of Counsel*:
Kirk R. Ruthenberg
District of Columbia Bar No. 415520
kruthenberg@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6410
Fax: (202) 408-6399

                 **ATTORNEYS FOR DEFENDANT**
                 **JLG INDUSTRIES INC.**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 9th day of September, 2010.

                                                */s/ Mark A. Shoffner*