**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | |
| Plaintiff, | |
| v. | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | Civil No.  6:10-CV-00327-LED  JURY TRIAL DEMANDED |
| Defendants. | |
| KOMATSU AMERICA CORP., | |
| Counterclaim Plaintiff, | |
| v. | |
| INNOVATIVE GLOBAL SYSTEMS LLC, | |
| Counterclaim Defendant. | |

**DEFENDANT/COUNTER-PLAINTIFF KOMATSU AMERICA
CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the following disclosure is made on behalf of

Defendant and Counterclaim Plaintiff Komatsu America Corp. ("Komatsu"):

Komatsu is a wholly owned subsidiary of Komatsu Ltd., a publicly traded

Japanese corporation.  Komatsu is not aware of any publicly held corporation that

beneficially owns 10% or more of the stock of Komatsu Ltd.

Dated: September 9, 2010                    Respectfully submitted,

**FISH & RICHARDSON P.C.**


/s/ Ruffin B. Cordell
Ruffin B. Cordell (Texas Bar # 04820550)
cordell@fr.com
James A. Fussell (SBN 2003193)
fussell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Ann Cathcart Chaplin (SBN 0284865)
(*admitted pro hac vice*)
cathcartchaplin@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3200 RBC Plaza
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Attorneys for Defendant/Counterclaim*
*Plaintiff Komatsu America Corp.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and

foregoing document was served by e-mail via the Eastern District of Texas ECF System

to all counsel of record on September 9, 2010.


*/s/ Ruffin B. Cordell*
Ruffin B. Cordell

60661142.doc