# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT STARTRAK SYSTEMS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant StarTrak Systems, LLC ("StarTrak") makes the following disclosure:  StarTrak is a wholly owned subsidiary of Alanco Technologies, Inc.  Defendant StarTrack will supplement promptly if any of this information changes.

September 9, 2010

                 Respectfully submitted,

                 /s/ Gregory V. Novak
                 Gregory V. Novak

                 Gregory V. Novak (Texas State
                 Bar No. 15119600)
                 NOVAK DRUCE + QUIGG LLP
                 1000 Louisiana Street
                 Fifty-Third Floor
                 Houston, TX 77002
                 Telephone: (713) 571-3400
                 Facsimile: (713) 456-2836
                 gregory.novak@novakdruce.com
                 Attorney for Defendant
                 STARTRAK SYSTEMS, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                 /s/ Gregory V. Novak
                 Gregory V. Novak