IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>    Plaintiff<br><br>    v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al.,<br><br>    Defendants. | Civil Action No.  6:10-cv-327-LED-JDL<br><br>JURY TRIAL DEMANDED |

**DISCLOSURE STATEMENT OF WIRELESS MATRIX USA, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wireless Matrix USA, Inc. files this Disclosure Statement as follows:

Wireless Matrix, USA, Inc. is a wholly-owned subsidiary of Wireless Matrix Corporation, a publicly held corporation (Toronto Stock Exchange, symbol WRX).

Dated: September 10, 2010

Respectfully submitted,

  /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com

ATTORNEYS FOR DEFENDANT
WIRELESS MATRIX USA, LLC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 10th day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                /s/ Elizabeth L. DeRieux  
                                                               Elizabeth L. DeRieux

13131448.1