**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED<br><br>**OBJECTION AND RESPONSE BY VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. AND VOLVO TRUCKS NORTH AMERICA, INC. TO PLAINTIFF'S REQUEST FOR A SCHEDULING CONFERENCE**<br><br>**JURY TRIAL DEMANDED** |

Volvo Construction Equipment North America, Inc. and Volvo Trucks North America, Inc. (collectively, the "Volvo Defendants") respectfully submit this Objection in Response to Plaintiff's "Request that Case be Set for Scheduling Conference" (hereinafter "Plaintiff's Request").

The Volvo Defendants object to Plaintiff's Request for a Scheduling Conference because neither Volvo Defendant has filed an Answer to the Complaint (or has otherwise moved for dismissal or transfer). The Volvo Defendants sought and obtained an extension of time to respond to the Complaint until September 30, 2010. *See* Docket Nos. 82 and 83; *see also* Plaintiff's Request at ¶ 2, Docket No. 104. These extensions were unopposed by Plaintiff.

Moreover, the Court's Order of July 27, 2010 specifically directs the Plaintiff to file a notice that the case is ready for a scheduling conference:

>**when all** of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion.

Order of July 27, 2010, Docket No. 33 (emphasis added). Plaintiff's Request openly violates this basic and clear order inasmuch as the opening paragraph of Plaintiff's Request admits that only "Ten of the twelve Defendants in this suit have filed answers... – all but the two Volvo defendants." *See* Plaintiff's Request, Docket No. 104 at ¶ 1.

Accordingly, the Court should reject Plaintiff's Request as premature, improper and in violation of the July 27, 2010 Order. Following the Volvo Defendants' response to the Complaint, Plaintiff can file an appropriate "notice that the case is ready for scheduling conference," because at that time, "all of the Defendants have either answered or filed a motion to transfer or dismiss." *See* Order of July 27, 2010, Docket No. 33.

September 13, 2010

    Respectfully submitted,

    /s/ Gregory V. Novak
    Gregory V. Novak (Texas State Bar No. 15119600)
    NOVAK DRUCE + QUIGG LLP
    1000 Louisiana Street
    Fifty-Third Floor
    Houston, TX 77002
    Telephone: (713) 571-3400
    Facsimile: (713) 456-2836
    gregory.novak@novakdruce.com
    Attorney for Defendants
    Volvo Construction Equipment North America, Inc. and
    Volvo Trucks North America, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this September 13, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                    /s/ Gregory V. Novak  
                                                    Gregory V. Novak