IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 6:10-cv-00327-LED |
| vs. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S RESPONSE TO THE COUNTERCLAIMS OF
DEFENDANT KOMATSU AMERICA CORPORATION**

Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("Plaintiff") responds to the

counterclaims of Defendant KOMATSU AMERICA CORPORATION ("Defendant") filed

September 9, 2010, as follows:

**COUNTERCLAIMS**

**I.  THE PARTIES**

1.      Plaintiff admits the allegations in Paragraph 1, upon information and belief.

2.      Plaintiff admits the allegations in Paragraph 2.

**II.  JURISDICTION AND VENUE**

3.      Plaintiff admits the allegations in Paragraph 3.

4.      Plaintiff admits the allegations in Paragraph 4.

5.      Plaintiff admits venue is proper in this Court.  Except as so admitted, the

allegations in Paragraph 5 are denied.

### III.  BASIS FOR COUNTERCLAIMS

6.      Plaintiff admits the allegations in Paragraph 6.

### FIRST COUNTERCLAIM

(DECLARATION OF NON-INFRINGEMENT)

7.      Plaintiff incorporates Paragraphs 1-6 above.

8.      Plaintiff admits the allegations in Paragraph 8.

9.      Plaintiff admits the allegations in Paragraph 9.

10.     Plaintiff denies the allegations in Paragraph 10.

11.     Plaintiff denies the allegations in Paragraph 11.

12.     Plaintiff denies the allegations in Paragraph 12.

### SECOND COUNTERCLAIM

(DECLARATION OF INVALIDITY)

13.     Plaintiff incorporates Paragraphs 1-12 above.

14.     Plaintiff admits the allegations in Paragraph 14.

15.     Plaintiff denies the allegations in Paragraph 15.

16.     Plaintiff denies the allegations in Paragraph 16.

### PRAYER FOR RELIEF

Although no answer is required to Defendant's request for relief, Plaintiff denies all

allegations of Paragraphs (a) through (i) and further denies that any relief should be granted to

Defendant.

Plaintiff demands a trial by jury on all matters raised by Defendant's counterclaims and

by Plaintiff in its Original Complaint (and any supplements or amendments thereto).

**Dated:   September 24, 2010.**                    Respectfully submitted,

/s/ Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
Todd I. Blumenfeld
State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
Blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF**
**INNOVATIVE GLOBAL SYSTEMS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of September, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Michael T. Cooke

n:\clients\mj\ves\volvo-05\pleadings\cc reply - komatsu.docx