IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:10-cv-00327-LED |
| vs. | § | |
| | § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT | § | |
| NORTH AMERICA, INC., VOLVO TRUCKS | § | |
| NORTH AMERICA, INC., KOMATSU | § | |
| AMERICA CORP., CATERPILLAR, INC., | § | |
| HYUNDAI CONSTRUCTION EQUIPMENT | § | |
| AMERICAS, INC., TOPCON TIERRA, | § | |
| STARTRAK SYSTEMS, LLC, WIRELESS | § | |
| MATRIX USA, LLC, JLG INDUSTRIES | § | |
| INC., TYLER TECHNOLOGIES, INC., | § | |
| GEOTAB, INC., and NAVISTAR, INC., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S RESPONSE TO THE COUNTERCLAIMS OF DEFENDANT TOPCON TIERRA

Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("Plaintiff") responds to the counterclaims of Defendant TOPCON TIERRA ("Defendant") filed August 31, 2010, as follows:

## COUNTERCLAIM

### The Parties

1.      No response to Paragraph 1 is necessary.

2.      Plaintiff admits the allegations in Paragraph 2, upon information and belief.

3.      Plaintiff admits the allegations in Paragraph 3.

### Jurisdiction and Venue

4.      Plaintiff admits the allegations in Paragraph 4.

1

5.      Plaintiff admits the allegations in Paragraph 5.

6.      Plaintiff admits that venue is proper in this District.  Except as so admitted, the allegations in Paragraph 6 are denied.

7.      Plaintiff admits the allegations in Paragraph 7.

## First Claim for Relief

### (Declaratory Judgment that Tierra has not Infringed the '554 Patent)

8.      Plaintiff incorporates Paragraphs 1-7 above.

9.      Plaintiff denies the allegations in Paragraph 9.

10.     Plaintiff admits the allegations in Paragraph 10.

11.     Plaintiff denies the allegations in Paragraph 11.

## Second Claim for Relief

### (Declaratory Judgment that Tierra has not Infringed the '203 Patent)

12.     Plaintiff incorporates Paragraphs 1-11 above.

13.     Plaintiff denies the allegations in Paragraph 13.

14.     Plaintiff admits the allegations in Paragraph 14.

15.     Plaintiff denies the allegations in Paragraph 15.

## Third Claim for Relief

### (Declaratory Judgment that Tierra has not Infringed the '352 Patent)

16.     Plaintiff incorporates Paragraphs 1-15 above.

17.     Plaintiff denies the allegations in Paragraph 17.

18.     Plaintiff admits the allegations in Paragraph 18.

19.     Plaintiff denies the allegations in Paragraph 19.

**Fourth Claim for Relief**

**(Declaratory Judgment that Tierra has not Infringed the '800 Patent)**

20.     Plaintiff incorporates Paragraphs 1-19 above.

21.     Plaintiff denies the allegations in Paragraph 21.

22.     Plaintiff admits the allegations in Paragraph 22.

23.     Plaintiff denies the allegations in Paragraph 23.

**Fifth Claim for Relief**

**(Declaratory Judgment that Tierra has not Infringed the '993 Patent)**

24.     Plaintiff incorporates Paragraphs 1-23 above.

25.     Plaintiff denies the allegations in Paragraph 25.

26.     Plaintiff admits the allegations in Paragraph 26.

27.     Plaintiff denies the allegations in Paragraph 27.

**Sixth Claim for Relief**

**(Declaratory Judgment that the '554 Patent is Invalid)**

28.     Plaintiff incorporates Paragraphs 1-27 above.

29.     Plaintiff denies the allegations in Paragraph 29.

30.     Plaintiff admits the allegations in Paragraph 30.

31.     Plaintiff denies the allegations in Paragraph 31.

**Seventh Claim for Relief**

**(Declaratory Judgment that the '203 Patent is Invalid)**

32.     Plaintiff incorporates Paragraphs 1-31 above.

33.     Plaintiff denies the allegations in Paragraph 33.

34.     Plaintiff admits the allegations in Paragraph 34.

35.     Plaintiff denies the allegations in Paragraph 35.

### Eighth Claim for Relief

### (Declaratory Judgment that the '352 Patent is Invalid)

36.     Plaintiff incorporates Paragraphs 1-35 above.

37.     Plaintiff denies the allegations in Paragraph 37.

38.     Plaintiff admits the allegations in Paragraph 38.

39.     Plaintiff denies the allegations in Paragraph 39.

### Ninth Claim for Relief

### (Declaratory Judgment that the '800 Patent is Invalid)

40.     Plaintiff incorporates Paragraphs 1-39 above.

41.     Plaintiff denies the allegations in Paragraph 41.

42.     Plaintiff admits the allegations in Paragraph 42.

43.     Plaintiff denies the allegations in Paragraph 43.

### Tenth Claim for Relief

### (Declaratory Judgment that the '993 Patent is Invalid)

44.     Plaintiff incorporates Paragraphs 1-43 above.

45.     Plaintiff denies the allegations in Paragraph 45.

46.     Plaintiff admits the allegations in Paragraph 46.

47.     Plaintiff denies the allegations in Paragraph 47.

### REQUEST FOR RELIEF

Although no answer is required to Defendant's request for relief, Plaintiff denies all allegations of Paragraphs A through G and further denies that any relief should be granted to Defendant.

Plaintiff demands a trial by jury on all matters raised by Defendant's counterclaims and

by Plaintiff in its Original Complaint (and any supplements or amendments thereto).

**Dated:   September 24, 2010.**                              Respectfully submitted,

/s/ Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
Todd I. Blumenfeld
State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
Blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
   RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF**
**INNOVATIVE GLOBAL SYSTEMS, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 24th day of September, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Michael T. Cooke

n:\clients\mj\ves\volvo-05\pleadings\cc reply - topcon.docx