**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff, <br><br> v. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Volvo Construction Equipment North America, Inc. ("Volvo Construction") makes the following disclosure:  AB Volvo, a publicly-held corporation headquartered in Gothenburg, Sweden, owns 100% of Volvo Construction, through a series of non-publicly-held intermediary entities.  Volvo Construction will supplement promptly if any of this information changes.

September 30, 2010

Respectfully submitted,

/s/ Gregory V. Novak
Gregory V. Novak

Gregory V. Novak (Texas State
Bar No. 15119600)
NOVAK DRUCE + QUIGG LLP
1000 Louisiana Street
Fifty-Third Floor
Houston, TX 77002
Telephone: (713) 571-3400
Facsimile:  (713) 456-2836
gregory.novak@novakdruce.com
Attorney for Defendant
VOLVO CONSTRUCTION EQUIPMENT
NORTH AMERICA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic

service are being served this 30th day of September, 2010, with a copy of this document via the

Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served

by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Gregory V. Novak
Gregory V. Novak