IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff, <br><br> v. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT VOLVO TRUCKS NORTH AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Volvo Trucks North America makes the following disclosure: Volvo Trucks North America, Inc. ceased to exist as a separate legal entity by a merger in December 2005. Volvo Trucks North America is an operating unit of Volvo Group North America, LLC. AB Volvo, a publicly-held corporation headquartered in Gothenburg, Sweden, owns 100% of Volvo Group North America, LLC, through a series of non-publicly-held intermediary entities. Volvo Trucks North America will supplement promptly if any of this information changes.

September 30, 2010

                                        Respectfully submitted,

                                        /s/ Gregory V. Novak
                                        Gregory V. Novak

                                        Gregory V. Novak (Texas State
                                        Bar No. 15119600)
                                        NOVAK DRUCE + QUIGG LLP
                                        1000 Louisiana Street
                                        Fifty-Third Floor
                                        Houston, TX 77002
                                        Telephone: (713) 571-3400
                                        Facsimile: (713) 456-2836
                                        gregory.novak@novakdruce.com
                                        Attorney for
                                        VOLVO TRUCKS NORTH AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Gregory V. Novak
Gregory V. Novak