IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§    CIVIL ACTION NO. 6:10-cv-00327<br><br>**JURY TRIAL DEMANDED** |

## NOTICE THAT CASE IS READY
## FOR SCHEDULING CONFERENCE

Pursuant to the Court's July 27, 2010 Order, Plaintiff states as follows:

1.    All twelve (12) Defendants in this suit have now answered.

2.    There have been two previous cases filed in the Eastern District of Texas based on the patents-in-suit:

    (a)    *Innovative Global Systems, LLC v. Turnpike Global Technologies, LLC, et al*, Case No. 6:09-cv-00157 filed on April 7, 2009.  On June 4, 2010, Judge Love issued an Order setting forth a provisional claim construction opinion.  That case has since been closed; and

    (b)    *Innovative Global Systems, LLC v. TeleTrac, Inc., et al*, Case No. 6:10-cv-00040 filed on February 18, 2010.  Three of the original five defendants from that suit have been dismissed without prejudice:  Digi

1

>International, WebTech Wireless, Inc. and WebTech Wireless (USA), Inc.  A Docket Control Order and Discovery Order have been entered.  That case has a *Markman* hearing date of August 25, 2011 and a trial date of May 21, 2012.

Both of these cases involve the same patents-in-suit as the instant case:  U.S. Patent Nos. 6,608,554; 6,411,203; 6,744,352; 7,015,800; and 7,449,993.

   3. This case is now ready for a Scheduling Conference.

**Dated:   October 1, 2010.**                                   Respectfully submitted,

/s/  Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.:  (817) 334-0400
Fax: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
   RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Ph.:  (832) 446-2400
Fax: (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

2

>Eric M. Albritton
>ERIC M. ALBRITTON, P.C.
>P.O. Box 2649
>111 West Tyler Street
>Longview, TX  75601
>Ph.:  (903) 757-8449 x204
>Fax: (903) 758-7397
>ema@emafirm.com
>
>Thomas John Ward, Jr.
>WARD & SMITH LAW FIRM
>P.O. Box 1231
>Longview, TX 75606-1231
>Ph.:  (903) 757-6400
>Fax: (903) 757-2323
>jw@jwfirm.com
>
>**ATTORNEYS FOR PLAINTIFF**
>**INNOVATIVE GLOBAL SYSTEMS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>/s/ Michael T. Cooke

m:\ves\Volvo-05\Pleadings\Notice that Case is Ready for Scheduling Conference.doc