# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **INNOVATIVE GLOBAL SYSTEMS, LLC,** | § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| | § | |
| **VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES, INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,** | § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br><br><br>**JURY TRIAL DEMANDED** |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL BY GERALD C. CONLEY FOR DEFENDANT JLG INDUSTRIES, INC.

Defendant JLG Industries, Inc. hereby notifies the Court and all parties of record that Gerald C. Conley of Andrews Kurth LLP is appearing as counsel for Defendant JLG Industries, Inc. in the above-styled and numbered cause. Pursuant to Local Rule CV-11, Mr. Conley will serve as lead attorney for Defendant JLG Industries, Inc.

Dated:  October 4, 2010                    Respectfully submitted,


                                           By:         /S/  *Gerald C. Conley*
                                                 Gerald C. Conley
                                                 Texas Bar No. 04664200
                                                 geraldconley@andrewskurth.com
                                                 Tonya M. Gray
                                                 Texas Bar No. 24012726
                                                 tonyagray@andrewskurth.com
                                                 Mark A. Shoffner
                                                 Texas Bar No. 24037490
                                                 markshoffner@andrewskurth.com

                                           ANDREWS KURTH LLP
                                           1717 Main Street, Suite 3700
                                           Dallas, Texas  75201
                                           Telephone: (214) 659-4400
                                           Facsimile:  (214) 659-4401

                                           Mark C. Nelson
                                           Texas State Bar No. 00794361
                                           mcnelson@sonnenschein.com
                                           Sonnenschein Nath & Rosenthal LLP
                                           2000 McKinney Ave., Ste. 1900
                                           Dallas, TX 75201
                                           Telephone: (214) 259-0900
                                           Facsimile: (214) 259-0910

*Of Counsel*:
Kirk R. Ruthenberg
District of Columbia Bar No. 415520
kruthenberg@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6410
Fax: (202) 408-6399

                                           **ATTORNEYS FOR DEFENDANT**
                                           **JLG INDUSTRIES, INC.**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 4th day of October, 2010.

                                                           */s/ Gerald C. Conley*