IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES, INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br>JURY TRIAL DEMANDED |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF COUNSEL BY TONYA M. GRAY FOR DEFENDANT JLG INDUSTRIES, INC.

Defendant JLG Industries, Inc. hereby notifies the Court and all parties of record that, in addition to the counsel who has already appeared on its behalf, Tonya M. Gray of Andrews Kurth LLP is appearing as counsel for Defendant JLG Industries, Inc. in the above-styled and numbered cause.

Dated:  October 4, 2010						Respectfully submitted,


							By:	        /S/  Tonya M. Gray
								Gerald C. Conley
								Texas Bar No. 04664200
								geraldconley@andrewskurth.com
								Tonya M. Gray
								Texas Bar No. 24012726
								tonyagray@andrewskurth.com
								Mark A. Shoffner
								Texas Bar No. 24037490
								markshoffner@andrewskurth.com

								ANDREWS KURTH LLP
								1717 Main Street, Suite 3700
								Dallas, Texas  75201
								Telephone: (214) 659-4400
								Facsimile:  (214) 659-4401

								Mark C. Nelson
								Texas State Bar No. 00794361
								mcnelson@sonnenschein.com
								Sonnenschein Nath & Rosenthal LLP
								2000 McKinney Ave., Ste. 1900
								Dallas, TX 75201
								Telephone: (214) 259-0900
								Facsimile: (214) 259-0910

*Of Counsel*:
Kirk R. Ruthenberg
District of Columbia Bar No. 415520
kruthenberg@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6410
Fax: (202) 408-6399

							**ATTORNEYS FOR DEFENDANT
							JLG INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 4th day of October, 2010.

                                                                       /s/ Tonya M. Gray