IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| v. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.

Before the Court is an Agreed Dismissal as to Defendant HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.  Having considered the Agreed Dismissal, and finding that good cause exists, it is hereby ORDERED that the Plaintiff's claims against Defendant HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC. and Defendant's counterclaims against Plaintiff in the above-captioned action be, and they hereby are, dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Nothing in this Order shall be construed as a discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit.  All such rights have been, and are, expressly reserved by Plaintiff.

**AGREED:**

/s/ Ching-Lee Fukuda
   NY State Bar No. 2884088
William J. McCabe
   NY State Bar No. 2258085
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Ph.:  (212) 596 9000
Fax: (212) 596 9090
ching-lee.fukuda@ropesgray.com
william.mccabe@ropesgray.com

Michael E. Jones
   State Bar No. 10929400
Allen Franklin Gardner
   State Bar No. 24043679
POTTER MINTON PC
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, TX  75710-0359
Ph.  (903) 597-8311
Fax (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT**
HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.

/s/ Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.  (817) 334 0400
Fax (817) 334 0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Ph.  (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Ph.  (903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

Thomas John Ward, Jr.
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Ph.  (903) 757-6400
Fax (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**
**INNOVATIVE GLOBAL SYSTEMS, LLC**