IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| v. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO <u>DEFENDANT NAVISTAR, INC.</u>

Before the Court is an Agreed Dismissal as to Defendant NAVISTAR, INC.  Having considered the Agreed Dismissal, and finding that good cause exists, it is hereby ORDERED that the Plaintiff's claims against Defendant NAVISTAR, INC. in the above-captioned action be, and they hereby are, dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Nothing in this Order shall be construed as a discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit.  All such rights have been, and are, expressly reserved by Plaintiff.

**AGREED:**

/s/  Craig D. Leavell
Paul R. Steadman
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Ph.  (312) 862-
Fax: (312) 862-2200
paul.steadman@kirkland.com
craig.leavell@kirkland.com

**ATTORNEYS FOR DEFENDANT NAVISTAR, INC.**

/s/ Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
Todd I. Blumenfeld
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.  (817) 334 0400
Fax (817) 334 0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Ph.  (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Ph.  (903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

Thomas John Ward, Jr.
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Ph.  (903) 757-6400
Fax (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**