IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| v. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.

Before the Court is an Agreed Dismissal as to Defendant HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.  Having considered the Agreed Dismissal, and finding that good cause exists, it is hereby ORDERED that the Plaintiff's claims against Defendant HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC. and Defendant's counterclaims against Plaintiff in the above-captioned action be, and they hereby are, dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Nothing in this Order shall be construed as a discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit.  All such rights have been, and are, expressly reserved by Plaintiff.

So ORDERED and SIGNED this 28th day of October, 2010.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**