**November 1, 2010 STATUS CONFERENCE**

1:30 pm – Judge Davis called each case and parties announced ready for proceedings.  (See attached Sign-in Sheet for Attorney Appearances).   Court re-called each case and parties announced whether they consented to proceed before him.  Mr. Ainsworth addressed the Court regarding 610cv302 and they consent pending the Motion to Consolidate.

Court in recess.

Hearing resumed.  Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

Judge Love inquired as to the Motion to Consolidate in the Landmark Case (610cv302).  Mr. Ainsworth responded.  Mr. Dang responded.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
| --- | --- | --- | --- | --- | --- |
| **609cv171** | Litepanels, LTD v Switronix, Inc., et al | **10.27.2011** | | **06.04.2012** | |
| **610cv71** | Prompt Medical Systems LP v Allscriptsmysis, et al | **11.10.2011** | | **06.04.2012** | |
| **610cv225 Refer JDL** | Stragent LLC, et al v Amazon.com, Inc., et al | | **01.05.2012** | **07.02.2012** | |
| **610cv229 Consent** | NovelPoint Learning LLC v Leapfrog Enterprises, et al | | **01.12.2012** | | **11.05.2012** |
| **610cv260** | Microlog Corp v Continental Airlines, et al | **12.01.2011** | | **06.04.2012** | |
| **610cv300** | SFA Systems, LLC v BigMachines, Inc., et al | **04.07.2011** | | **12.12.2011** | |
| **610cv302 Refer JDL** | Landmark Technology LLC v Blockbuster, Inc., et al | | **06.30.2011** | **01.03.2012** | |
| **610cv314** | Labor Savings LTD v BES Manufacturing Co., Inc. | **07.28.2011** | | **05.07.2012** | |
| **610cv327 Refer JDL** | Innovative Global Systems v volvo Construction, et al | | **08.25.2011** | **06.04.2012** | |
| **610cv330** | Southwire Co. v Encore Wire, et al | **09.15.2011** | | **05.07.2012** | |

2:15 PM -  There being nothing further, Court adjourned.