# CASE NO. 6:10-CV-327

## INNOVATIVE GLOBAL SYSTEMS LLC
## V
## VOLVO CONSTRUCTION EQUIPMENT, et al

### November 1, 2010 - Status Conference
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING | |
|---|---|---|
| ✓ Mark Shiffner | JLG Industries Inc | N |
| ✓ Tonya Grey | " " " | |
| ✓ Johnny Ward | IGS | C |
| ✓ James C Tidwell | Geotab | N |
| ✓ Allen Gardner | Topcon Tierra | C |
| ✓ Ruffin Cordell | Komatsu | |
| ✓ Jennifer Ainsworth | Komatsu | N |
| ✓ Aaron Levine | Volvo Const; Volvo Trucks; STAR TRAK | |
| ✓ Gary Fischman | Caterpillar Inc | N |
| Gregory Commins | Caterpillar Inc. | |
| ✓ Elizabeth DeRieux | Wireless Matrix | N |