IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC | § § § § | |
| Plaintiff | | |
| vs. | § § § | CASE NO.  6:10-CV-327 PATENT CASE |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL. | § § § § | |
| Defendants | | |

ORDER REFERRING PRETRIAL PROCEEDINGS
TO MAGISTRATE JUDGE

The following styled and numbered cause is **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

**So ORDERED and SIGNED this 2nd day of November, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**