IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:10-cv-327-LED |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VOLVO CONSTRUCTION EQUIPMENT | § | |
| NORTH AMERICA, INC., et al | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT KOMATSU AMERICA CORPORATION**

Defendant Komatsu America Corp. files this Notice of Appearance, and hereby notifies

the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson,

Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas

75701, is appearing as counsel for Komatsu America Corp. in the above-referenced matter.

Dated:  November 3 2010                                        Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile:  (903) 509-5092

Ruffin B. Cordell
Texas Bar No. 04820550
cordell@fr.com
James A. Fussell
SBN 2003193
fussell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Ann Cathcart Chaplin
SBN 0284865
cathcartchaplin@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3200 RBC Plaza
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

ATTORNEYS FOR DEFENDANT
KOMATSU AMERICA CORP.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 3rd day of November, 2010.

*/s/ Jennifer Parker Ainsworth*_____
Jennifer Parker Ainsworth