# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § | No. 6:10cv327 - LED  JURY TRIAL DEMANDED |
| Defendants. | § | |

### JLG INDUSTRIES, INC.'S UNOPPOSED MOTION FOR PAUL J. STOCKHAUSEN AND JESSICA HUTSON POLAKOWSKI TO WITHDRAW AS COUNSEL

Defendant JLG Industries, Inc. (collectively "JLG") requests that Paul J. Stockhausen and Jessica Hutson Polakowski and the law firm of Reinhart Boerner Van Deuren s.c. be permitted to withdraw as counsel of record for JLG.  JLG is represented herein by Gerald C. Conley, Tonya M. Gray, and Mark A. Shoffner of Andrews Kurth LLP.  The Andrews Kurth attorneys have previously appeared in this case on behalf of JLG.  The withdrawal of Mr. Stockhausen and Ms. Polakowski will not result in any prejudice or delay.  Counsel for JLG conferred with plaintiff's counsel regarding this request.  Plaintiff's counsel confirmed that plaintiff has no objection to this motion or the requested withdrawal.

**JLG INDUSTRIES, INC.'S UNOPPOSED MOTION FOR PAUL J. STOCKHAUSEN AND JESSICA HUTSON POLAKOWSKI TO WITHDRAW AS COUNSEL** --Page 1

DAL:781407.1

Dated this 3rd day of November, 2010.

/s/ Jessica Hutson Polakowski
Paul J. Stockhausen
WI State Bar ID No. 1034225
pstockha@reinhartlaw.com
Jessica Hutson Polakowski
WI State Bar ID No. 1061368
jpolakowski@reinhartlaw.com
**ATTORNEYS FOR DEFENDANT
JLG INDUSTRIES Inc**

,

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Movant has conferred with counsel for Plaintiff and Plaintiff does not oppose this motion.

/s/ Jessica Hutson Polakowski

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 3rd day of November, 2010.

/s/ Jessica Hutson Polakowski

**JLG INDUSTRIES, INC.'S UNOPPOSED MOTION FOR PAUL J. STOCKHAUSEN AND JESSICA HUTSON POLAKOWSKI TO WITHDRAW AS COUNSEL --Page 2**

DAL:781407.1