IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

**PLAINTIFF'S UNOPPOSED MOTION TO
EXTEND P.R. 3-1 DEADLINE AS TO ONE PARTY**

NOW COMES Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("IGS") to file its Unopposed Motion to Extend its P.R. 3-1 Deadline as to One Party, and shows the Court as follows:

1. Plaintiff requests that its deadline to serve its P.R. 3-1 disclosure with respect to WIRELESS MATRIX USA, LLC ("Wireless Matrix") be extended through and including November 15, 2010. The purpose is to determine whether the Parties' negotiations regarding a resolution of Plaintiff's claims can be brought to fruition. Wireless Matrix does not oppose this motion.

2. Plaintiff will comply with its existing P.R. 3-2 deadline with respect to Wireless Matrix and its P.R. 3-1 and P.R. 3-2 disclosure deadline with respect to Defendants Volvo Construction Equipment North America, Inc., Volvo Trucks North America, Inc., Komatsu American Corp., Caterpillar, Inc., Topcon Tierra, StarTrak Systems, LLC, and JLG Industries Inc.

**Dated:   November 3, 2010**                                Respectfully submitted,

/s/  Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
   RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
Adam A. Biggs
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com
aab@emafirm.com

        Thomas John Ward, Jr.
Jack Wesley Hill
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Ph.: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com
wh@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC**

### CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of November, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                /s/ Michael T. Cooke

N:\Clients\MJ\VES\Volvo-05\Pleadings\Motion to Extend PR3-1 Deadline as to Wireless Matrix.doc