IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:10-cv-00327 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT | § | |
| NORTH AMERICA, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING
## PLAINTIFF'S UNOPPOSED MOTION TO
## EXTEND P.R. 3-1 DEADLINE AS TO ONE PARTY

BEFORE the Court is Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("IGS") Unopposed Motion to Extend P.R. 3-1 Deadline with respect to WIRELESS MATRIX USA, LLC ("Wireless Matrix"). Having considered the Motion, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that IGS' motion is hereby GRANTED and its P.R. 3-1 disclosures with respect to Wireless Matrix shall be served through and including November 15, 2010.