IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, <br> Plaintiff, <br><br> vs. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | No. 6:10cv327 - LED <br><br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING JLG INDUSTRIES, INC.'S UNOPPOSED MOTION FOR PAUL J. STOCKHAUSEN AND JESSICA HUTSON POLAKOWSKI TO WITHDRAW AS COUNSEL

On this date came for consideration JLG Industries, Inc.'s Unopposed Motion for Paul J. Stockhausen and Jessica Hutson Polakowski to Withdraw as Counsel. After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Paul J. Stockhausen and Jessica Huston Polakowski and the law firm of Reinhart Boerner Van Deuren s.c. be allowed to withdraw and are hereby withdrawn as attorneys of record for Defendant JLG Industries, Inc. in the above referenced matter and the clerk shall discontinue all CM/ECF notices in this matter to Paul J. Stockhausen and Jessica Hutson Polakowski.

ORDER GRANTING JLG INDUSTRIES, INC.'S UNOPPOSED MOTION FOR PAUL J. STOCKHAUSEN AND JESSICA HUTSON POLAKOWSKI TO WITHDRAW AS COUNSEL --Page 1

Error! Unknown document property name.

**So ORDERED and SIGNED this 4th day of November, 2010.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE