IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC | § § | |
| v. | § § | CASE NO. 6:10cv327 |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. ET AL. | § § | |

## ORDER

Comes now the Court and pursuant to the status conference held on November 1, 2010, orders that the following dates be incorporated into the Docket Control Order which is due by November 18, 2010:

| | |
|---|---|
| *Markman* | August 25, 2011 at 9:00 a.m. before Judge John Love; |
| Pre-Trial Conference | May 24, 2012 at 1:30 p.m. before Judge John Love |
| Jury Selection | June 4, 2012 at 9:00 a.m. before Judge Leonard Davis |
| Jury Trial | June 11, 2012 at 9:00 a.m. before Judge Leonard Davis |

**So ORDERED and SIGNED this 4th day of November, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE