IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT<br>NORTH AMERICA, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:10-cv-00327<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISCLOSURES PURSUANT TO PATENT RULES 3-1 AND 3-2

Plaintiff hereby notifies the Court that on November 5, 2010 it served on Defendants the disclosures required under Patent Rules 3-1 and 3-2 and pursuant to the agreement of the Parties.

**Dated:  November 9, 2010**            Respectfully submitted,

/s/  Keith A. Rutherford
Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
Todd I. Blumenfeld
State Bar No. 24067518
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
State Bar No. 17452000
Scott Reese

1

Texas State Bar No. 24046696
Sarah Cabello
Texas State Bar No. 24052877
**WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI L.L.P.**
20333 S.H. 249, Suite 600
Houston, Texas 77070
Telephone:     (832) 446-2425
Facsimile:       (832) 446-2424
E-Mail: krutherford@counselip.com
E-Mail: sreese@counselip.com
E-Mail: scabello@counselip.com

Eric M. Albritton
Adam A. Biggs
**ALBRITTON LAW FIRM**
111 West Tyler Street
Longview, TX 75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com
aab@emafirm.com

T. John "Johnny" Ward Jr.
**WARD & SMITH LAW FIRM**
111 W. Tyler Street
Longview, TX 75601
(903) 757-6400
Fax (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2010 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Wayne B. Maydwell