IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| vs. | § § | 6:10-cv-00327-LED-JDL |
| Volvo, et al., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## AGREED DISMISSAL AS TO
## DEFENDANTS GEOTAB, INC. AND TYLER TECHNOLOGIES, INC.

IT IS HEREBY STIPULATED and AGREED by and among plaintiff Innovative Global Systems LLC ("Plaintiff") and defendants Geotab, Inc. and Tyler Technologies, Inc., and by their attorneys, that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against defendants Geotab, Inc. and Tyler Technologies, Inc. and the counterclaims of defendants Geotab, Inc. and Tyler Technologies, Inc. against Plaintiff in the above-captioned action be, and they hereby are, dismissed with prejudice. Accordingly, Plaintiff and defendants Geotab, Inc. and Tyler Technologies, Inc. jointly move the Court to enter the Order of Dismissal with Prejudice as to defendants Geotab, Inc. and Tyler Technologies, Inc. submitted herewith.

Plaintiff has not released, and nothing in this Agreed Dismissal shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other defendant named in this action or any other asserted infringer of the patents-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

                                              Respectfully submitted,

/s/  Peter J. Chassman
   State Bar No. 00787233
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Main:  (713) 787.1400
Facsimile: (713) 787-1440
chassmanp@howrey.com

James C. Tidwell
  State Bar No. 20020100
WOLFE, TIDWELL & MCCOY, LLP
123 N. Crockett, Suite 100
Sherman, Texas 75090
Telephone: (903) 868-1933
Facsimile: (903) 892-2397
jct@wtmlaw.net
**ATTORNEYS FOR DEFENDANT GEOTAB, INC.**

/s/  John H. McDowell, Jr.
John H. McDowell, Jr.
  State Bar No. 13570825
K&L GATES LLP
1717 Main St., Suite 2800
Dallas, TX 75201
Main:  (214) 939-5300
Facsimile: (214) 939-5849
john.mcdowell@klgates.com

**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

/s/  Michael T. Cooke
  State Bar No. 04759650
Jonathan T. Suder
  State Bar No. 19463350
Todd I. Blumenfeld
  State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.  (817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Ph.  (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Ph.  (903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the 8th day of November, 2010, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                    /s/ Michael T. Cooke