IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| vs. | § § | 6:10-cv-00327-LED-JDL |
| VOLVO., et al., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GEOTAB, INC. AND TYLER TECHNOLOGIES, INC.

Before the Court is an Agreed Dismissal as to defendants GEOTAB, INC. and TYLER TECHNOLOGIES, INC.  Having considered the Agreed Dismissal, and finding that good cause exists, it is hereby ORDERED that the plaintiff INNOVATIVE GLOBAL SYSTEMS LLC's ("Plaintiff's") claims against defendants GEOTAB, INC. and TYLER TECHNOLOGIES, INC.'S and the counterclaims of GEOTAB, INC. and TYLER TECHNOLOGIES, INC. against Plaintiff in the above-captioned action be, and they hereby are, dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Nothing in this Order shall be construed as a discharge of any claim Plaintiff has or may have in the future against any other defendant named in this action or any other asserted infringer of the patents-in-suit.  All such rights have been, and are, expressly reserved by Plaintiff.