IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> VOLVO CONSTRUCTION EQUIPMENT § <br> NORTH AMERICA, INC., et al., § <br> § <br> Defendants. § | CIVIL ACTION NO. 6:10-cv-00327 <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING
### PLAINTIFF'S SECOND UNOPPOSED MOTION TO
### EXTEND P.R. 3-1 DEADLINE AS TO ONE PARTY

BEFORE the Court is Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("IGS") Second Unopposed Motion to Extend P.R. 3-1 Deadline with respect to WIRELESS MATRIX USA, LLC ("Wireless Matrix"). Having considered the Motion, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that IGS' motion is hereby GRANTED and its P.R. 3-1 disclosures with respect to Wireless Matrix shall be served through and including November 22, 2010.

**So ORDERED and SIGNED this 15th day of November, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE