IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| v. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT DOCKET CONTROL ORDER AND DISCOVERY ORDER

Having considered Plaintiff's Unopposed Motion for Extension of Time to Submit Docket Control Order and Discovery Order, the Court hereby **GRANTS** said Motion. It is therefore

**ORDERED** that the parties are granted an extension up to and including November 29, 2010 for the submission of their proposed Docket Control Order and Discovery Order.