IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| v. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § | |
| Defendants. | § § | |

**ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT DOCKET CONTROL ORDER AND DISCOVERY ORDER**

Having considered Plaintiff's Unopposed Second Motion for Extension of Time to Submit Docket Control Order and Discovery Order, the Court hereby **GRANTS** said Motion. It is therefore

**ORDERED** that the parties are granted an extension up to and including Friday, December 3, 2010, for the submission of their proposed Docket Control Order and Discovery Order.

**So ORDERED and SIGNED this 30th day of November, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

n:\clients\mj\ves\volvo-05\pleadings\order granting unopposed 2nd motion for extension of time to submit dco and do.doc