IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> VOLVO CONSTRUCTION EQUIPMENT § <br> NORTH AMERICA, INC., VOLVO TRUCKS § <br> NORTH AMERICA, INC., KOMATSU § <br> AMERICA CORP., CATERPILLAR, INC., § <br> HYUNDAI CONSTRUCTION EQUIPMENT § <br> AMERICAS, INC., TOPCON TIERRA, § <br> STARTRAK SYSTEMS, LLC, WIRELESS § <br> MATRIX USA, LLC, JLG INDUSTRIES § <br> INC., TYLER TECHNOLOGIES, INC., § <br> GEOTAB, INC., and NAVISTAR, INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. 6:10-cv-00327-LED <br><br> **JURY TRIAL DEMANDED** |

## AGREED DISMISSAL AS TO DEFENDANT
## <u>WIRELESS MATRIX USA, LLC</u>

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("Plaintiff") and Defendant WIRELESS MATRIX USA, LLC "Defendant"), and by its attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii) Plaintiff's claims against Defendant in the above-captioned action be, and they hereby are, dismissed without prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved. Further, pursuant to agreement between the Parties, Plaintiff may, at a later time, re-file this suit for patent infringement against Defendant.

Each party shall bear its own costs and attorneys' fees.

**AGREED:**

/s/ Robert E. Krebs
Nixon Peabody
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306
rkrebs@nixonpeabody.com

Sidney Calvin Capshaw
Elizabeth L. DeRieux
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
Ph:.  903-236-9800
Fax: 903-236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

/s/ Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.  (817) 334 0400
Fax (817) 334 0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Ph.  (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Ph.  (903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com
**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC**

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 3rd day of December, 2010 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                           /s/ Michael T. Cooke