IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:10-cv-00327-LED<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | § | |

# ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WIRELESS MATRIX USA, LLC

Recognizing the Stipulation of Dismissal filed by INNOVATIVE GLOBAL SYSTEMS LLC and Defendant WIRELESS MATRIX USA, LLC, it is

ORDERED that the claims and causes of action asserted herein by Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC against WIRELESS MATRIX USA, LLC be, and hereby are, dismissed without prejudice. Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**So ORDERED and SIGNED this 7th day of December, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**