IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC | § § § | |
| v. | § § | NO. 6:10-cv-00327-LED-JDL |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET. AL. | § § § § | |

### ORDER

Before the Court is the parties joint submission regarding the proposed Discovery Order and Docket Control Order (Doc. No. 148). The Court finds that Plaintiff's proposal regarding the deposition time limits should control, without prejudice as to further discovery if deemed necessary via party agreement or motion practice. The Court further finds that Defendants' proposal should control regarding counterclaims or the addition of inequitable conduct allegations, thus setting the deadline for June 9, 2011.

The current Docket Control Order (Doc. No. 151) and Discovery Order (Doc. No. 150) are hereby **VACATED**. The parties are hereby **ORDERED** to file an Amended Discovery Order and Docket Control Order reflecting the findings of this Order by Monday, December 20, 2010.

**So ORDERED and SIGNED this 14th day of December, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1