IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | C. A. No. 6:10-CV-00327-LED <br><br><br> JURY TRIAL DEMANDED |

## CATERPILLAR INC. NOTICE OF DISCLOSURE

Pursuant to Local Rule 26(c), Caterpillar Inc. hereby notifies the Court that it has served Initial Disclosures on all counsel of record.

1

Date: December 17, 2010

Respectfully submitted,

**HOWREY LLP**

By:  /s/ Robert G. Abrams
   Robert G. Abrams
   Gregory J. Commins, Jr.
   1299 Pennsylvania Ave, NW
   Washington, DC  20004-2402
   Tel:  202.783.0800
   Fax:  202.383.6610
   E-mail: abramsr@howrey.com
   E-mail: comminsg@howrey.com

   Gary J. Fischman
   1111 Louisiana, 25th Floor
   Houston, Texas  77002
   Telephone:  713.787.1400
   Facsimile:   713.787.1440
   E-mail: fischmang@howrey.com

   Attorneys for Defendant
   CATERPILLAR INC.

3

**CERTIFICATE OF SERVICE**

      I herby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2010, with a copy of this document, **CATERPILLAR INC. NOTICE OF DISCLOSURE** via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/ *Gary J. Fischman*
                                              Gary J. Fischman