IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>          Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT<br>NORTH AMERICA, INC. et al.,<br><br>          Defendants. | Case No.: 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**KOMATSU AMERICA CORPORATION'S NOTICE OF DISCLOSURE
PURSUANT TO PARAGRAPH ONE OF DISCOVERY ORDER**

Defendant and Counterclaim Plaintiff Komatsu America Corporation ("KAC") hereby provides notice that on December 17, 2010, it served disclosures pursuant to Paragraph One of the Court's December 7, 2010 Discovery Order (Doc. No. 150) on all parties.

2

| | |
|---|---|
| Dated:  <u>December 17, 2010</u> | Respectfully submitted,<br><br>**FISH & RICHARDSON P.C.**<br><br><u>/s/  Ruffin B. Cordell</u><br>Ruffin B. Cordell (Texas Bar # 04820550)<br>cordell@fr.com<br>James A. Fussell (SBN 2003193)<br>fussell@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Mathias W. Samuel (SBN 0791596)<br>(*admitted pro hac vice*)<br>samuel@fr.com<br>Ann Cathcart Chaplin (SBN 0284865)<br>(*admitted pro hac vice*)<br>cathcartchaplin@fr.com<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street<br>3200 RBC Plaza<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>*Attorneys for Defendant/Counterclaim-Plaintiff Komatsu America Corp.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                    */s/ Ruffin B. Cordell*
                                                      Ruffin B. Cordell