IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

## TOPCON TIERRA'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Local Rule CV-26, this Court's December 7, 2010 Docket Control Order (Dkt. 150), Defendant Topcon Tierra hereby notifies the Court that it served its Initial Disclosures upon all counsel of record via electronic mail on December 17, 2010.

Date: December 17, 2010

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: 903.597.8311
Fax: 903.593.0846

Robert A. Van Nest
rvannest@kvn.com
Eugene M. Paige
emp@kvn.com
Dan Nazer
dnazer@kvn.com
KEKER & VAN NEST, LLP
710 Sansome St.
San Francisco, CA 94111
Telephone: 415.391.5400
Fax: 415.397.7188

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT TOPCON TIERRA**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 17, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones