IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICAN CORP., CAPTERPILLAR, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, and JLG INDUSTRIES INC.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ CIVIL ACTION NO. 6:10-cv-00327<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISCLOSURES PURSUANT TO DISCOVERY ORDER, PARAGRAPH 1**

　　Plaintiff hereby notifies the Court that on December 17, 2010 it served on Defendants the disclosures required under the Discovery Order, paragraph 1.

**Dated:　December 17, 2010**　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/  Michael T. Cooke
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 04759650
　　　　　　　　　　　　　　　　　　　　　　Jonathan T. Suder
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 19463350
　　　　　　　　　　　　　　　　　　　　　　Todd I. Blumenfeld
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24067518
　　　　　　　　　　　　　　　　　　　　　　FRIEDMAN, SUDER & COOKE
　　　　　　　　　　　　　　　　　　　　　　Tindall Square Warehouse No. 1
　　　　　　　　　　　　　　　　　　　　　　604 East 4th Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　　Fort Worth, Texas 76102
　　　　　　　　　　　　　　　　　　　　　　(817) 334-0400
　　　　　　　　　　　　　　　　　　　　　　Fax (817) 334-0401
　　　　　　　　　　　　　　　　　　　　　　jts@fsclaw.com
　　　　　　　　　　　　　　　　　　　　　　mtc@fsclaw.com
　　　　　　　　　　　　　　　　　　　　　　blumenfeld@fsclaw.com

        Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of December, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ Michael T. Cooke

n:\clients\mj\ves\volvo-05\pleadings\notice of discovery order par 1 disclosures.doc