# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br>JURY TRIAL DEMANDED |
| Defendants. | § | |

## DEFENDANT JLG INDUSTRIES INC.'S
## NOTICE OF SERVING INITIAL DISCLOSURES

Defendant JLG Industries, Inc. certifies that on December 17, 2010, a true and correct copy of its Initial Disclosures, pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and paragraph 1 of the Court's Discovery Order, were served on all counsel of record via electronic mail.

Dated:  December 17, 2010

Respectfully submitted,

By:       /S/  *Tonya M. Gray*
    Gerald C. Conley
    Texas Bar No. 04664200
    geraldconley@andrewskurth.com
    Tonya M. Gray
    Texas Bar No. 24012726
    tonyagray@andrewskurth.com
    Mark A. Shoffner
    Texas Bar No. 24037490
    markshoffner@andrewskurth.com

ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone: (214) 659-4400
Facsimile:  (214) 659-4401

Mark C. Nelson
Texas State Bar No. 00794361
mark.nelson@snrdenton.com
SNR Denton US LLP
2000 McKinney Ave., Ste. 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910

*Of Counsel*:
Kirk R. Ruthenberg
District of Columbia Bar No. 415520
kirk.ruthenberg@snrdenton.com
SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6410
Fax: (202) 408-6399

**ATTORNEYS FOR DEFENDANT
JLG INDUSTRIES INC.**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 17th day of December, 2010.

          */s/ Tonya M. Gray*
          Tonya M. Gray