# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff, <br><br> v. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED <br><br> **DEFENDANT VOLVO TRUCKS NORTH AMERICA'S NOTICE OF SERVING INITIAL DISCLOSURES** <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT VOLVO TRUCKS NORTH AMERICA'S NOTICE OF SERVING

## INITIAL DISCLOSURES

Defendant Volvo Trucks North America ("Volvo Trucks") hereby certifies that on December 17, 2010, a true and correct copy of its Initial Disclosures, pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and paragraph 1 of the Court's Discovery Order, were served on all counsel of record via electronic mail.

2

December 17, 2010                               On Behalf of Volvo Trucks North America

                                              Respectfully submitted,

               __/s/ Gregory V. Novak_____
               Gregory Vincent Novak
               Texas State Bar No. 15119600
               Aaron Michael Levine
               State Bar No.:  DC-474,657; NY-2997203
               NOVAK DRUCE + QUIGG LLP
               1000 Louisiana St., 53rd Floor
               Houston, Texas 77002
               Ph.: 713.571.3400
               Fax:  713.456.2836
               greg.novak@novakdruce.com
               aaron.levine@novakdruce.com

               Robert F. Kramer
               CA Bar No. 181706
               NOVAK DRUCE + QUIGG LLP
               555 Mission Street, 34th Floor
               San Francisco, CA 94105
               Direct:  (415) 814-6161
               Main:  (415) 814-6150
               Fax:  (415) 814-6165
               robert.kramer@novakdruce.com

               James J. Guiliano
               State Bar No.:  NY-2791291
               NOVAK DRUCE + QUIGG LLP
               300 New Jersey Ave., NW, Fifth Floor
               Washington, DC  20001
               Ph.: 202-659-0100
               Fax: 202-659-0105
               jay.guiliano@novakdruce.com

               ATTORNEYS FOR DEFENDANTS
               VOLVO  CONSTRUCTION  EQUIPMENT
               NORH     AMERICA,     INC.,     VOLVO
               TRUCKS     NORTH     AMERICA,    and
               STARTRAK SYSTEMS, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record are being served this December 17, 2010, with a copy of this document via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Gregory V. Novak
Gregory V. Novak
