# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED<br><br>**DEFENDANT VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.'S NOTICE OF SERVING INITIAL DISCLOSURES**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.'S**

**NOTICE OF SERVING INITIAL DISCLOSURES**

Defendant Volvo Construction Equipment North America, Inc. ("Volvo Construction") hereby certifies that on December 17, 2010, a true and correct copy of its Initial Disclosures, pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and paragraph 1 of the Court's Discovery Order, were served on all counsel of record via electronic mail.

December 17, 2010          On Behalf of Volvo Construction Equipment North America, Inc.

                              Respectfully submitted,


                              __/s/ Gregory V. Novak_____
                              Gregory Vincent Novak
                               State Bar No. 15119600
                              Aaron Michael Levine
                              State Bar No.:  DC-474,657; NY-2997203
                              NOVAK DRUCE + QUIGG LLP
                              1000 Louisiana St., 53rd Floor
                              Houston, Texas 77002
                              Ph.:  713.571.3400
                              Fax:  713.456.2836
                              greg.novak@novakdruce.com
                              aaron.levine@novakdruce.com

                              Robert F. Kramer
                              CA Bar No. 181706
                              NOVAK DRUCE + QUIGG LLP
                              555 Mission Street, 34th Floor
                              San Francisco, CA 94105
                              Direct:  (415) 814-6161
                              Main:  (415) 814-6150
                              Fax:  (415) 814-6165
                              robert.kramer@novakdruce.com

                              James J. Guiliano
                              State Bar No.:  NY-2791291
                              NOVAK DRUCE + QUIGG LLP
                              300 New Jersey Ave., NW, Fifth Floor
                              Washington, DC  20001
                              Ph.:  202-659-0100
                              Fax: 202-659-0105
                              jay.guiliano@novakdruce.com

                              ATTORNEYS FOR DEFENDANTS
                              VOLVO  CONSTRUCTION  EQUIPMENT
                              NORH    AMERICA,    INC.,    VOLVO
                              TRUCKS    NORTH    AMERICA,    and
                              STARTRAK SYSTEMS, LLC

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record are being served this December 17, 2010, with a copy of this document via electronic mail, facsimile transmission and/or first class mail on this same date.

                                        <u>/s/ Gregory V. Novak</u>
                                        Gregory V. Novak