IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED<br><br>**DEFENDANT STARTRAK SYSTEMS, LLC'S NOTICE OF SERVING INITIAL DISCLOSURES**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT STARTRAK SYSTEMS, LLC'S NOTICE OF SERVING INITIAL**

**DISCLOSURES**

Defendant STARTRAK SYSTEMS, LLC ("StarTrak") hereby certifies that on December 17, 2010, a true and correct copy of its Initial Disclosures, pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and paragraph 1 of the Court's Discovery Order, were served on all counsel of record via electronic mail.

December 17, 2010                                   On Behalf of StarTrak System, LLC

                                                    Respectfully submitted,


                                                    __/s/ Gregory V. Novak_____
                                                    Gregory Vincent Novak
                                                    Texas State Bar No. 15119600
                                                    Aaron Michael Levine
                                                    State Bar No.: DC-474,657; NY-2997203
                                                    NOVAK DRUCE + QUIGG LLP
                                                    1000 Louisiana St., 53rd Floor
                                                    Houston, Texas 77002
                                                    Ph.: 713.571.3400
                                                    Fax: 713.456.2836
                                                    greg.novak@novakdruce.com
                                                    aaron.levine@novakdruce.com

                                                    Robert F. Kramer
                                                    CA Bar No. 181706
                                                    NOVAK DRUCE + QUIGG LLP
                                                    555 Mission Street, 34th Floor
                                                    San Francisco, CA 94105
                                                    Direct: (415) 814-6161
                                                    Main: (415) 814-6150
                                                    Fax: (415) 814-6165
                                                    robert.kramer@novakdruce.com

                                                    James J. Guiliano
                                                    State Bar No.: NY-2791291
                                                    NOVAK DRUCE + QUIGG LLP
                                                    300 New Jersey Ave., NW, Fifth Floor
                                                    Washington, DC 20001
                                                    Ph.: 202-659-0100
                                                    Fax: 202-659-0105
                                                    jay.guiliano@novakdruce.com

                                                    ATTORNEYS FOR DEFENDANTS
                                                    VOLVO CONSTRUCTION EQUIPMENT
                                                    NORH AMERICA, INC., VOLVO
                                                    TRUCKS NORTH AMERICA, and
                                                    STARTRAK SYSTEMS, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served this December 17, 2010, with a copy of this document via electronic mail, facsimile transmission and/or first class mail on this same date.

                                                    /s/ Gregory V. Novak
                                                    Gregory V. Novak