IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC | § § § | |
| v. | § § | NO. 6:10-cv-00327-LED-JDL |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET. AL. | § § § § | |

## NOTICE

The Court has posted a standing order regarding summary judgment motions, motions to strike expert testimony/*Daubert* motions, motions *in limine*, exhibits and deposition designations that can be found on the Court's website.

**So ORDERED and SIGNED this 5th day of January, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE