## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC § § § § PLAINTIFF, § § v. § § § VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., ET AL. § § § § § DEFENDANTS. § | CIVIL ACTION NO. 6:10-CV-327-LED JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF APPEARANCE OF STEPHEN E. EDWARDS

Innovative Global Systems LLC ("IGS"), plaintiff in the above-captioned civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

> Stephen E. Edwards
> Texas Bar No. 00784008
> see@emafirm.com
> ALBRITTON LAW FIRM
> P.O. Box 2649
> Longview, Texas 75606
> Telephone: (903) 757-8449
> Facsimile: (903) 758-7397

Respectfully submitted,

/s/ Stephen E. Edwards
Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas Bar No. 00784008
see@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Michael T. Cooke
State Bar No. 04759650
mtc@fsclaw.com
Jonathan T. Suder
State Bar No. 19463350
jts@fsclaw.com
Todd I. Blumenfeld
State Bar No. 24067518
blumenfeld@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 - Fax

Keith A. Rutherford
krutherford@counselip.com
R. Scott Reese
sreese@counselip.com
Sarah R. Cabello
scabello@counselip.com
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX 77070
(832) 446-2400
(832) 446-2424 – Fax

Thomas John Ward, Jr.
State Bar No. 00794818
jw@jwfirm.com
Wesley Hill
State Bar No. 24032294
wh@jwfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
(903) 757-6400
Fax (903) 757-2323

*Counsel for Innovative Global Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 14th day of January 2011.

Stephen E. Edwards