IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, <br><br>    Plaintiff, <br><br>vs. <br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., <br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § | No. 6:10cv327 - LED <br><br><br> JURY TRIAL DEMANDED |

## DEFENDANT JLG INDUSTRIES, INC.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-4(a) AND DISCOVERY ORDER 2

Defendant JLG Industries, Inc. ("JLG") and Plaintiff Innovative Global Systems, LLC ("IGS") file this agreed motion to extend JLG's deadline to comply with P.R. 3-4(a) and Discovery Order 2(B) [Docket Number 164] and any obligation of IGS to comply with Discovery Order 2(B) and (C) with respect to JLG as follows:

JLG requests that its deadline to comply with P.R. 3-4(a) and Discovery Order 2(B) be extended through and including February 7, 2011. IGS requests that any deadline for it to comply with Discovery Order 2(B) and (C) as to JLG be extended through and including the same date. The purpose of this extension is to determine whether the ongoing negotiations

DEFENDANT JLG INDUSTRIES, INC.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-4(a) AND DISCOVERY ORDER 2 - PAGE 1

DAL:788801.1

regarding a resolution of Plaintiff's claims can be brought to fruition. JLG and IGS agree to the requested relief.

Dated: January 19, 2011

Respectfully submitted,

By:     /S/ *Mark A. Shoffner*
Gerald C. Conley
Texas Bar No. 04664200
geraldconley@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com
Mark A. Shoffner
Texas Bar No. 24037490
markshoffner@andrewskurth.com

ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

Mark C. Nelson
Texas State Bar No. 00794361
mcnelson@sonnenschein.com
SNR Denton
2000 McKinney Ave., Ste. 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910

*Of Counsel*:
Kirk R. Ruthenberg
District of Columbia Bar No. 415520
kruthenberg@sonnenschein.com
SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6410
Fax: (202) 408-6399

**ATTORNEYS FOR DEFENDANT
JLG INDUSTRIES INC.**

Dated: January 19, 2011.                Respectfully submitted,

By:    /S/ *Mark A. Shoffner* (by permission for MTC)
    Michael T. Cooke
    Texas State Bar No. 04759650
    mtc@fsclaw.com
    Jonathan T. Suder
    Texas State Bar No. 19463350
    jts@fsclaw.com
    Todd I. Blumenfeld
    Texas State Bar No. 24067518
    blumenfeld@fsclaw.com

FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX 75601
Telephone: (903) 757-8449 x204
Facsimile: (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC**

**DEFENDANT JLG INDUSTRIES, INC.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S
AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-4(a) AND DISCOVERY
ORDER 2 - PAGE 3**

DAL:788801.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 19th day of January, 2011.

/s/ Mark A. Shoffner

**JLG INDUSTRIES, INC.'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-4(a) AND DISCOVERY ORDER 2(B) - Page 4**

DAL:788801.1