IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC,<br>    Plaintiff,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT JLG INDUSTRIES, INC.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-4(a) AND DISCOVERY ORDER 2

On this date came for consideration, Defendant JLG Industries, Inc.'s and Plaintiff Innovative Global Systems, LLC's Agreed Motion to Extend Deadline to Comply with P.R. 3-4(a) and Discovery Order 2. After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant JLG Industries, Inc.'s deadline to comply with P.R. 3-4(a) and Discovery Order 2(B) is extended through and including February 7, 2011 and any deadline for Innovative Global Systems, LLC to comply with Discovery Order 2(B) and (C) as to JLG Industries, Inc. is extended through and including February 7, 2011.