IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br>JURY TRIAL DEMANDED |
| Defendants. | § | |

**DEFENDANT KOMATSU AMERICA CORP.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 and 3-4 AND DISCOVERY ORDER 2**

Defendant Komatsu America Corp. ("Komatsu") and Plaintiff Innovative Global Systems, LLC ("IGS") file this agreed motion to extend Komatsu's deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) [Docket Number 164] and any obligation of IGS to comply with Discovery Order 2(B) and (C) with respect to Komatsu as follows:

Komatsu requests that its deadline to comply with P.R. 3-4(a) and Discovery Order 2(B) be extended through and including January 31, 2011. IGS requests that any deadline for it to comply with Discovery Order 2(B) and (C) as to Komatsu be extended through and including the same date. The purpose of this extension is to determine whether the ongoing negotiations

regarding a resolution of Plaintiff's claims can be brought to fruition.  Komatsu and IGS agree to the requested relief.

Dated:  January 20, 2011                                    Respectfully submitted,

/s/  Ruffin B. Cordell [by MTC w permission]
   SBN 04820550
Mathias W. Samuel
   SBN 0791596
James A. Fussell, III
   SBN 2003193
Timothy W. Riffe
   SBN 0482810
FISH & RICHARDSON P.C.
1425 K Street N.W., Suite 1100
Washington, DC 20005-3500
Ph:  202-783-5070
Fax 202-783-2331
cordell@fr.com
samuel@fr.com
fussell@fr.com
riffe@fr.com

Ann N. Cathcart Chaplin
   SBN 0284865
Fish & Richardson P.C.
60 S. 6th Street, Suite 3200
Minneapolis, MN 55402
Ph.:  612-335-5070
Fax: 612-288-9696
cathcartchaplin@fr.com

Jennifer Parker Ainsworth
   SBN 00784720
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Ph.: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT
KOMATSU AMERICA CORP.**

/s/  Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:   (817) 334-0401
mtc@fsclaw.com
jts@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Telephone:  (832) 446-2400
Facsimile:   (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
Stephen E. Edwards
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Telephone:  (903) 757-8449 x204
Facsimile:   (903) 758-7397
ema@emafirm.com
see@emafirm.com

**KOMATSU AMERICA CORP.'S AND INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION
TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 and 3-4 AND DISCOVERY ORDER 2 - Page 2**

        Thomas John Ward, Jr.
        Jack Wesley Hill
        WARD & SMITH LAW FIRM
        P.O. Box 1231
        Longview, TX 75606-1231
        Ph.  (903) 757-6400
        Fax (903) 757-2323
        jw@jwfirm.com
        wh@emafirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 20th day of January, 2011.

/s/  Michael T. Cooke