## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC,<br>    Plaintiff,<br><br>vs.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 6:10cv327 - LED<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT KOMATSU AMERICA CORP.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 and 3-4 AND DISCOVERY ORDER 2

On this date came for consideration, Defendant Komatsu America Corp.'s and Plaintiff Innovative Global Systems, LLC's Agreed Motion to Extend Deadline to Comply with P.R. 3-3 and 3-4 and Discovery Order 2. After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Komatsu America Corp.'s deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) is extended through and including January 31, 2011 and any deadline for Plaintiff Innovative Global Systems, LLC to comply with Discovery Order 2(B) and (C) as to Komatsu America Corp. is extended through and including January 31, 2011.

<u>**ORDER GRANTING KOMATSU AMERICA CORP.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 and 3-4 AND DISCOVERY ORDER 2**</u> **- Page 2**