IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, § § | | |
| Plaintiff, § § | | |
| vs. § § | | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br>JURY TRIAL DEMANDED | |
| Defendants. § | | |

**DEFENDANT TOPCON TIERRA'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 AND 3-4 AND DISCOVERY ORDER 2**

Defendant Topcon Tierra ("Topcon") and Plaintiff Innovative Global Systems, LLC ("IGS") file this agreed motion to extend Topcon's deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) [Docket Number 164] and any obligation of IGS to comply with Discovery Order 2(B) and (C) with respect to Topcon as follows:

Topcon requests that its deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) be extended through and including February 7, 2011. IGS requests that any deadline for it to comply with Discovery Order 2(B) and (C) as to Topcon be extended through and including the same date. The purpose of this extension is to determine whether the ongoing negotiations

regarding a resolution of Plaintiff's claims can be brought to fruition.  Topcon and IGS agree to the requested relief.

Dated:  January 21, 2011                                         Respectfully submitted,

*/s/ Allen F. Gardner*
Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
Texas State Bar No. 24043679
allengardner@potterminton.com
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846

Robert A. Van Nest
Bar No. CA 84065
Eugene M. Paige
Bar No. CA 202849
Daniel K. Nazer
Bar No. CA 257380
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Ph.  (415) 391-5400
Fax: (415) 397-7188
rvannest@kvn.com
emp@kvn.com
dnazer@kvn.com

**ATTORNEYS FOR DEFENDANT TOPCON TIERRA**

*/s/ Michael T. Cooke*
*(with permission by Allen F. Gardner)*
Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
Todd I. Blumenfeld
State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:   (817) 334-0401
mtc@fsclaw.com
jts@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Telephone:  (832) 446-2400
Facsimile:   (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
Stephen E. Edwards
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Telephone:  (903) 757-8449 x204
Facsimile:   (903) 758-7397
ema@emafirm.com
see@emafirm.com

>Thomas John Ward, Jr.
>Jack Wesley Hill
>WARD & SMITH LAW FIRM
>P.O. Box 1231
>Longview, TX 75606-1231
>Ph.  (903) 757-6400
>Fax (903) 757-2323
>jw@jwfirm.com
>wh@emafirm.com
>
>**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 21, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

>*/s/ Allen F. Gardner*
>Allen F. Gardner