# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, Plaintiff, <br><br> v. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC. Defendants. | Case No. 6:10-CV-00327-LED <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE JOINT DISCLOSURE OF PRELMINARY INVALIDITY CONTENTIONS
## PURSUANT TO LOCAL PATENT RULES 3-3 & 3-4

Defendants, Caterpillar, Inc., Volvo Construction Equipment North America, Inc., Volvo Trucks North America, StarTrak Systems, LLC, and JLG Industries, Inc. hereby certify that on January 24, 2010, a true and correct copy of their Joint Preliminary Invalidity Contentions and Invalidity Production were served as required by Patent Local Rules 3-3 and 3-4 and the Court's December 21, 2010, Case Management Order, on Plaintiff Innovative Global Systems, LLC ("Plaintiff").

**Dated:  January 25, 2010**.

Respectfully Submitted,


 /s/ Gary Fischman (with permission)
Robert G. Abrams
   DC Bar No. 211557
Gregory J. Commins, Jr.
   DC  Bar No. 435440
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Ph: 202-383-6935
Fax: 202-318-8399
abramsr@howrey.com
comminsg@howrey.com

Gary James Fischman
   State Bar No. 0787469
Joshua S. Wyde
   State Bar No. 24060858
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Ph.  713-787-1437
Fax: 713-787-1440
fischmang@howrey.com
wyde@howrey.com

ATTORNEYS FOR DEFENDANT
CATERPILLAR, INC.

 /s/  Tonya Gray (with permission)
Gerald C. Conley
   State Bar No. 04664200
Tonya M. Gray
   State Bar No. 24012726
Mark A. Shoffner -- 214.659.4709
   State Bar No. 24037490
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Ph.: 214.659.4400

  /s/   Aaron M. Levine
Gregory Vincent Novak
   State Bar No. 15119600
Aaron Michael Levine
   State Bar No.:  DC-474,657; NY-2997203
NOVAK DRUCE + QUIGG LLP
1000 Louisiana St., 53rd Floor
Houston, Texas 77002
Ph.:  713.571.3400
Fax:  713.456.2836
greg.novak@novakdruce.com
aaron.levine@novakdruce.com

Robert F. Kramer
   CA Bar No. 181706
NOVAK DRUCE + QUIGG LLP
555 Mission Street, 34th Floor
San Francisco, CA 94105
Direct:  (415) 814-6161
Main:  (415) 814-6150
Fax:  (415) 814-6165
robert.kramer@novakdruce.com

James J. Guiliano
   State Bar No.:  NY-2791291
NOVAK DRUCE + QUIGG LLP
300 New Jersey Ave., NW, Fifth Floor
Washington, DC  20001
Ph.:  202-659-0100
Fax: 202-659-0105
jay.juiliano@novakdruce.com

ATTORNEYS FOR DEFENDANTS
VOLVO CONSTRUCTION EQUIPMENT NORH
AMERICA, INC., VOLVO TRUCKS NORTH
AMERICA, and STARTRAK SYSTEMS, LLC

Fax: 214.659.4401
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com
markshoffner@andrewskurth.com

Mark C. Nelson
  State Bar No. 00794361
SONNENSCHEIN NATH & ROSENTHAL LLP
2000 McKinney Ave., Ste. 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
mcnelson@sonnenschein.com

Kirk R. Ruthenberg
  District of Columbia Bar No. 415520
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6410
Fax: (202) 408-6399
kruthenberg@sonnenschein.com

ATTORNEYS FOR DEFENDANT
JLG INDUSTRIES, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record are being served this January 25, 2010, with a copy of this document via the electronic mail, facsimile transmission and/or first class mail on this same date.

                                                   /s/ Aaron M. Levine
                                                   Aaron M. Levine