IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | § § § § | |
| Plaintiff, | | |
| vs. | § § § | |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC., | § § § § § § § § § § § § § § | No. 6:10cv327 - LED<br><br>JURY TRIAL DEMANDED |
| Defendants. | § | |

**DEFENDANT KOMATSU AMERICA CORP.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S SECOND AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 and 3-4 AND DISCOVERY ORDER 2**

Defendant Komatsu America Corp. ("Komatsu") and Plaintiff Innovative Global Systems, LLC ("IGS") file this second agreed motion to extend Komatsu's deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) [Docket Number 164] and any obligation of IGS to comply with Discovery Order 2(B) and (C) with respect to Komatsu as follows:

Komatsu requests that its deadline to comply with P.R. 3-4(a) and Discovery Order 2(B) be extended through and including February 7, 2011. IGS requests that any deadline for it to comply with Discovery Order 2(B) and (C) as to Komatsu be extended through and including the same date. The purpose of this extension is to determine whether the ongoing negotiations

regarding a resolution of Plaintiff's claims can be brought to fruition.  Komatsu and IGS agree to the requested relief.

Dated:  January 31, 2011                                         Respectfully submitted,

| | |
|---|---|
| /s/  Ruffin B. Cordell [by MTC w permission]<br>    SBN 04820550<br>Mathias W. Samuel<br>    SBN 0791596<br>James A. Fussell, III<br>    SBN 2003193<br>Timothy W. Riffe<br>    SBN 0482810<br>FISH & RICHARDSON P.C.<br>1425 K Street N.W., Suite 1100<br>Washington, DC 20005-3500<br>Ph:  202-783-5070<br>Fax 202-783-2331<br>cordell@fr.com<br>samuel@fr.com<br>fussell@fr.com<br>riffe@fr.com<br><br>Ann N. Cathcart Chaplin<br>    SBN 0284865<br>Fish & Richardson P.C.<br>60 S. 6th Street, Suite 3200<br>Minneapolis, MN 55402<br>Ph.:  612-335-5070<br>Fax: 612-288-9696<br>cathcartchaplin@fr.com<br><br>Jennifer Parker Ainsworth<br>    SBN 00784720<br>Wilson, Robertson & Cornelius, P.C.<br>909 ESE Loop 323, Suite 400<br>P.O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Ph.:  (903) 509-5000<br>Fax: (903) 509-5092<br>jainsworth@wilsonlawfirm.com<br><br>**ATTORNEYS FOR DEFENDANT<br>KOMATSU AMERICA CORP.** | /s/  Michael T. Cooke<br>    State Bar No. 04759650<br>Jonathan T. Suder<br>    State Bar No. 19463350<br>Todd I. Blumenfeld<br>    State Bar No. 24067518<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Telephone:  (817) 334-0400<br>Facsimile:   (817) 334-0401<br>mtc@fsclaw.com<br>jts@fsclaw.com<br>blumenfeld@fsclaw.com<br><br>Keith A. Rutherford<br>R. Scott Reese<br>Sarah R. Cabello<br>WONG, CABELLO, LUTSCH,<br>    RUTHERFORD & BRUCCULERI, LLP<br>20333 SH 249, Suite 600<br>Houston, TX  77070<br>Telephone:  (832) 446-2400<br>Facsimile:   (832) 446-2424<br>krutherford@counselip.com<br>sreese@counselip.com<br>scabello@counselip.com<br><br>Eric M. Albritton<br>Stephen E. Edwards<br>ERIC M. ALBRITTON, P.C.<br>P.O. Box 2649<br>111 West Tyler Street<br>Longview, TX  75601<br>Telephone:  (903) 757-8449 x204<br>Facsimile:   (903) 758-7397<br>ema@emafirm.com<br>see@emafirm.com |

**KOMATSU AMERICA CORP.'S AND INNOVATIVE GLOBAL SYSTEMS, LLC'S SECOND AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 and 3-4 AND DISCOVERY ORDER 2 -**
**Page 2**

        Thomas John Ward, Jr.
Jack Wesley Hill
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Ph.  (903) 757-6400
Fax (903) 757-2323
jw@jwfirm.com
wh@emafirm.com

**ATTORNEYS FOR PLAINTIFF**
**INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 31ST day of January, 2011.

/s/  Michael T. Cooke