**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **INNOVATIVE GLOBAL SYSTEMS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **VOLVO CONSTRUCTION** | § | **No. 6:10cv327 - LED** |
| **EQUIPMENT NORTH AMERICA, INC.,** | § | |
| **VOLVO TRUCKS NORTH AMERICA,** | § | |
| **INC., KOMATSU AMERICA CORP.,** | § | |
| **CATERPILLAR, INC., HYUNDAI** | § | |
| **CONSTRUCTION EQUIPMENT** | § | **JURY TRIAL DEMANDED** |
| **AMERICAS, INC., TOPCON TIERRA,** | § | |
| **STARTRAK SYSTEMS, LLC,** | § | |
| **WIRELESS MATRIX USA, LLC, JLG** | § | |
| **INDUSTRIES INC., TYLER** | § | |
| **TECHNOLOGIES, INC., GEOTAB,** | § | |
| **INC., and NAVISTAR, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

<u>**ORDER GRANTING DEFENDANT KOMATSU AMERICA CORP.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S SECOND AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 and 3-4 AND DISCOVERY ORDER 2**</u>

On this date came for consideration, Defendant Komatsu America Corp.'s and Plaintiff Innovative Global Systems, LLC's Second Agreed Motion to Extend Deadline to Comply with P.R. 3-3 and 3-4 and Discovery Order 2.  After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Komatsu America Corp.'s deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) is extended through and including February 7, 2011 and any deadline for Plaintiff Innovative Global Systems, LLC to comply with Discovery Order 2(B) and (C) as to Komatsu America Corp. is extended through and including February 7, 2011.

**So ORDERED and SIGNED this 1st day of February, 2011.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE