IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT TOPCON TIERRA'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 AND DISCOVERY ORDER 2**

Defendant Topcon Tierra ("Tierra") and Plaintiff Innovative Global Systems, LLC ("IGS") file this agreed motion to extend Tierra's deadline to comply with P.R. 3-3 and Discovery Order 2(B) [Docket Number 164] and any obligation of IGS to comply with Discovery Order 2(B) and (C) with respect to Tierra as follows:

Topcon Tierra requests that its deadline to comply with P.R. 3-3 and Discovery Order 2(B) be extended through and including February 14, 2011. IGS requests that any deadline for it to comply with Discovery Order 2(B) and (C) as to Tierra be extended through and including the same date. The purpose of this extension is to determine whether the ongoing negotiations regarding a resolution of Plaintiffs' claims can be brought to fruition. Tierra and IGS agree to the requested relief.

Date: February 4, 2011                                    Respectfully submitted,


                                                          */s/ Allen F. Gardner*
                                                          Michael E. Jones
                                                          Texas State Bar No. 10929400
                                                          mikejones@potterminton.com
                                                          Allen F. Gardner
                                                          Texas State Bar No. 24043679
                                                          allengardner@potterminton.com
                                                          110 N. College Ave., Suite 500
                                                          Tyler, Texas 75702
                                                          Telephone: (903) 597-8311
                                                          Fax: (903) 593-0846

                                                          Robert A. Van Nest
                                                          Bar No. CA 84065
                                                          Eugene M. Paige
                                                          Bar No. CA 202849
                                                          Daniel K. Nazer
                                                          Bar No. CA 257380
                                                          KEKER & VAN NEST LLP
                                                          710 Sansome Street
                                                          San Francisco, CA 94111-1704
                                                          Ph.  (415) 391-5400
                                                          Fax: (415) 397-7188
                                                          rvannest@kvn.com
                                                          emp@kvn.com
                                                          dnazer@kvn.com

                                                          **ATTORNEYS FOR DEFENDANT
                                                          TOPCON TIERRA**

*/s/ Michael T. Cooke*
*(with permission by Allen F. Gardner)*
Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
Todd I. Blumenfeld
State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:   (817) 334-0401
mtc@fsclaw.com
jts@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Telephone:  (832) 446-2400
Facsimile:   (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
Stephen E. Edwards
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Telephone:  (903) 757-8449 x204
Facsimile:   (903) 758-7397
ema@emafirm.com
see@emafirm.com

        Thomas John Ward, Jr.
        Jack Wesley Hill
        WARD & SMITH LAW FIRM
        P.O. Box 1231
        Longview, TX 75606-1231
        Ph. (903) 757-6400
        Fax (903) 757-2323
        jw@jwfirm.com
        wh@emafirm.com

        **ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 4, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

        */s/ Allen F. Gardner*
        Allen F. Gardner