**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **INNOVATIVE GLOBAL SYSTEMS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| **VOLVO CONSTRUCTION** | § | **No. 6:10cv327 - LED** |
| **EQUIPMENT NORTH AMERICA, INC.,** | § | |
| **VOLVO TRUCKS NORTH AMERICA,** | § | |
| **INC., KOMATSU AMERICA CORP.,** | § | |
| **CATERPILLAR, INC., HYUNDAI** | § | |
| **CONSTRUCTION EQUIPMENT** | § | **JURY TRIAL DEMANDED** |
| **AMERICAS, INC., TOPCON TIERRA,** | § | |
| **STARTRAK SYSTEMS, LLC,** | § | |
| **WIRELESS MATRIX USA, LLC, JLG** | § | |
| **INDUSTRIES INC., TYLER** | § | |
| **TECHNOLOGIES, INC., GEOTAB,** | § | |
| **INC., and NAVISTAR, INC.,** | §§ | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT JLG INDUSTRIES, INC.'S  AND PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC'S AGREED MOTION TO EXTEND
DEADLINE TO COMPLY WITH P.R. 3-4(a) AND DISCOVERY ORDER 2**

On this date came for consideration, Defendant JLG Industries, Inc.'s and Plaintiff Innovative Global Systems, LLC's Agreed Motion to Extend Deadline to Comply with P.R. 3-4(a) and Discovery Order 2.  After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant JLG Industries, Inc.'s deadline to comply with P.R. 3-4(a) and Discovery Order 2(B) is extended through and including February 21, 2011 and any deadline for Innovative Global Systems, LLC to comply with Discovery Order 2(B) and (C) as to JLG Industries, Inc. is extended through and including February 21, 2011.