IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>                                          Plaintiff,<br><br>     v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>                                        Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 AND DISCOVERY ORDER 2**

On this date came for consideration, Defendant Topcon Tierra's and Plaintiff Innovative Global Systems, LLC's Agreed Motion to Extend Deadline to Comply with P.R. 3-3 and Discovery Order 2. After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Topcon Tierra's deadline to comply with P.R. 3-3 and Discovery Order 2(B) is extended through and including February 14, 2011, and any deadline for Plaintiff Innovative Global Systems, LLC to comply with Discovery Order 2(B) and (C) as to Topcon Tierra is extended through and including February 14, 2011.

**So ORDERED and SIGNED this 7th day of February, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE