# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, and JLG INDUSTRIES INC.<br><br>　　Defendants. | Civil No.  6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT KOMATSU AMERICA CORP.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S FOURTH AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3, P.R. 3-4 AND DISCOVERY ORDER 2

Defendant Komatsu America Corporation ("Komatsu") and Plaintiff Innovative Global Systems, LLC ("IGS") file this fourth agreed motion to extend Komatsu's deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) [Docket Number 164] and any obligation of IGS to comply with Discovery Order 2(B) and (C) with respect to Komatsu as follows:

Komatsu requests that its deadline to comply with P.R. 3-3, P.R. 3-4, and Discovery Order 2(B) be extended through and including March 11, 2011.  IGS requests that any deadline for it to comply with Discovery Order 2(B) and (C) as to Komatsu be extended through and including the same date. The purpose of this extension is to give the parties time to finalize a dismissal, as they have reached settlement. Komatsu and IGS agree to the requested relief.

Dated:  February 10, 2011

*/s/ Michael T. Cooke* (with permission)
Michael T. Cooke
(Texas Bar  # 04759650)
mtc@fsclaw.com
Jonathan T. Suder
(Texas Bar # 19463350)
jts@fsclaw.com
Todd I. Blumenfeld
(Texas Bar # 24067518)
blumenfeld@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No.1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401

Keith A. Rutherford
krutherford@counselip.com
R. Scott Reese
sreese@counselip.com
Sarah R. Cabello
scabello@counselip.com
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424

Eric M. Albritton
ema@emafirm.com
Stephen E. Edwards
see@emafirm.com
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX 75601
Telephone: (903) 757-8449 x204
Facsimile: (903) 758-7397

*ATTORNEYS FOR PLAINTIFF*
*INNOVATIVE GLOBAL SYSTEMS,*
*LLCINNOVATIVE GLOBAL SYSTEMS, LLC*

Respectfully submitted,

/s/ *Ruffin B. Cordell*
Ruffin B. Cordell
(Texas Bar # 04820550)
cordell@fr.com
James A. Fussell
(SBN 2003193)
fussell@fr.com
Timothy Riffe
(SBN 0482810)
riffe@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Mathias W. Samuel
(SBN 0791596)
samuel@fr.com
Ann Cathcart Chaplin
(SBN 0284865)
cathcartchaplin@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3200 RBC Plaza
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Jennifer Parker Ainsworth
(SBN 00784720)
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

*ATTORNEYS FOR DEFENDANT/*
*COUNTERCLAIM-PLAINTIFF KOMATSU*
*AMERICA CORP.*

**CERTIFICATION OF SERVICE**

      This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 10th day of February, 2011.

/s/ Ruffin B. Cordell

60688428.doc