IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, and JLG INDUSTRIES INC.<br><br>    Defendants. | Civil No.  6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT KOMATSU AMERICAN CORP.'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC'S FOURTH AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3, P.R. 3-4 AND DISCOVERY ORDER 2**

On this date came for consideration, Defendant Komatsu America Corp.'s and Plaintiff Innovative Global Systems, LLC's Fourth Agreed Motion to Extend Deadline to Comply with P.R. 3-3 and 3-4 and Discovery Order 2. After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Komatsu America Corp.'s deadline to comply with P.R. 3-3 and 3-4 and Discovery Order 2(B) is extended through and including March 11, 2011 and any deadline for Plaintiff Innovative Global Systems, LLC to comply with Discovery Order 2(B) and (C) as to Komatsu America Corp. is extended through and including March 11, 2011.

**So ORDERED and SIGNED this 11th day of February, 2011.**

60688427.doc

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE