IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>                              Plaintiff,<br><br>       v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>                              Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT TOPCON TIERRA'S AND PLAINTIFF INNOVATIVE GLOBAL SYSTEMS LLC'S AGREED MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-3 AND DISCOVERY ORDER 2

Defendant Topcon Tierra ("Tierra") and Plaintiff Innovative Global Systems, LLC ("IGS") file this agreed motion to extend Tierra's deadline to comply with P.R. 3-3 and Discovery Order 2(B) [Docket Number 164] and any obligation of IGS to comply with Discovery Order 2(B) and (C) with respect to Tierra as follows:

Topcon Tierra requests that its deadline to comply with R.R. 3-3 and Discovery Order 2(B) be extended through and including February 28, 2011. IGS requests that any deadline for it to comply with Discovery Order 2(B) and (C) as to Tierra be extended through and including the same date. The purpose of this extension is to determine whether the ongoing negotiations regarding a resolution of Plaintiffs' claims can be brought to fruition. Tierra and IGS agree to the requested relief.

Date: February 11, 2011    Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**
By:  */s/ Michael E. Jones*
          Michael E. Jones
          Texas State Bar No. 10929400
          110 N. College Ave.
          Suite 500 Plaza Tower
          Tyler, Texas 75702
          Telephone: 903.597.8311
          Fax: 903.593.0846
          Email: mikejones@potterminton.com

          Robert A. Van Nest
          Eugene M. Paige
          KEKER & VAN NEST, LLP
          710 Sansome St.
          San Francisco, CA 94111
          Telephone: 415.391.5400
          Fax: 415.397.7188

*Attorneys for Defendant and Counterclaimant*
**TOPCON TIERRA**

Date: February 11, 2011                                    Respectfully submitted,

                                                    */s/ Michael T. Cooke*  
                                                    *(with permission by Michael E. Jones)*  
Michael T. Cooke  
State Bar No. 04759650  
Jonathan T. Suder  
State Bar No. 19463350  
Todd I. Blumenfeld  
State Bar No. 24067518  
FRIEDMAN, SUDER & COOKE  
Tindall Square Warehouse No. 1  
604 East 4th Street, Suite 200  
Fort Worth, Texas 76102  
Telephone: (817) 334-0400  
Facsimile: (817) 334-0401  
mtc@fsclaw.com  
jts@fsclaw.com  
blumenfeld@fsclaw.com

Keith A. Rutherford  
R. Scott Reese  
Sarah R. Cabello  
WONG, CABELLO, LUTSCH,  
RUTHERFORD & BRUCCULERI, LLP  
20333 SH 249, Suite 600  
Houston, TX 77070  
Telephone: (832) 446-2400  
Facsimile: (832) 446-2424  
krutherford@counselip.com  
sreese@counselip.com  
scabello@counselip.com

Eric M. Albritton  
Stephen E. Edwards  
ERIC M. ALBRITTON, P.C.  
P.O. Box 2649  
111 West Tyler Street  
Longview, TX 75601  
Telephone: (903) 757-8449 x204  
Facsimile: (903) 758-7397  
ema@emafirm.com  
see@emafirm.com

> Thomas John Ward, Jr.
> Jack Wesley Hill
> WARD & SMITH LAW FIRM
> P.O. Box 1231
> Longview, TX 75606-1231
> Ph. (903) 757-6400
> Fax (903) 757-2323
> jw@jwfirm.com
> wh@emafirm.com
>
> **ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 11, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

> */s/ Michael E. Jones*