IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, § § § Plaintiff, § § vs. § § VOLVO CONSTRUCTION EQUIPMENT § NORTH AMERICA, INC., VOLVO TRUCKS § NORTH AMERICA, INC., KOMATSU § AMERICA CORP., CATERPILLAR, INC., § HYUNDAI CONSTRUCTION EQUIPMENT § AMERICAS, INC., TOPCON TIERRA, § STARTRAK SYSTEMS, LLC, WIRELESS § MATRIX USA, LLC, JLG INDUSTRIES § INC., TYLER TECHNOLOGIES, INC., § GEOTAB, INC., and NAVISTAR, INC., § § Defendants. § | CIVIL ACTION NO. 6:10-cv-00327 **JURY TRIAL DEMANDED** |

## AGREED DISMISSAL AS TO
## DEFENDANT KOMATSU AMERICA CORP.

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Innovative Global Systems LLC ("Plaintiff") and Defendant Komatsu America Corp. ("Defendant"), and by its attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff's claims against Defendant and Defendant's counterclaims against Plaintiff in the above-captioned action be, and they hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

                                               Respectfully submitted,

/s/  Ruffin B. Cordell                              /s/  Michael T. Cooke
  State Bar No. 04820550                          State Bar No. 04759650
Mathias W. Samuel                                  Jonathan T. Suder
   State Bar No. 0791596)                          State Bar No. 19463350
James A. Fussell, III                                Todd I. Blumenfeld
   State Bar No. 2003193                           State Bar No. 24067518
Fish & Richardson P.C.                             Friedman, Suder & Cooke
1425 K Street N.W., Suite 1100                604 East 4th Street, Suite 200
Washington, DC 20005-3500                   Fort Worth, Texas 76102
Ph:  (202) 783-5070                                   Ph.  (817) 334-0400
Fax (202) 783-2331                                     Fax (817) 334-0401
cordell@fr.com                                           jts@fsclaw.com
samuel@fr.com                                          mtc@fsclaw.com
fussell@fr.com                                            blumenfeld@fsclaw.com

**ATTORNEYS FOR DEFENDANT**          Keith A. Rutherford
**Komatsu America Corp.**                         R. Scott Reese
                                                          Sarah R. Cabello
                                                          Wong, Cabello, Lutsch,
                                                            Rutherford & Brucculeri, LLP
                                                          20333 SH 249, Suite 600
                                                          Houston, TX  77070
                                                          Ph.  (832) 446-2400
                                                          Fax (832) 446-2424
                                                          krutherford@counselip.com
                                                          sreese@counselip.com
                                                          scabello@counselip.com

                                                          Eric M. Albritton
                                                          Stephen E. Edwards
                                                          Eric M. Albritton, P.C.
                                                          P.O. Box 2649
                                                          111 West Tyler Street
                                                          Longview, TX  75601
                                                          (903) 757-8449 x204
                                                          Fax: (903) 758-7397
                                                          ema@emafirm.com
                                                          see@emafirm.com

                                                          Thomas John Ward, Jr.
                                                          Jack Wesley Hill
                                                          Ward & Smith Law Firm
                                                          P.O. Box 1231
                                                          Longview, TX 75606-1231

(903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com
wh@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**
**Innovative Global Systems, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 16 day of February, 2011 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Michael T. Cooke