IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> VOLVO CONSTRUCTION EQUIPMENT § <br> NORTH AMERICA, INC., VOLVO TRUCKS § <br> NORTH AMERICA, INC., KOMATSU § <br> AMERICA CORP., CATERPILLAR, INC., § <br> HYUNDAI CONSTRUCTION EQUIPMENT § <br> AMERICAS, INC., TOPCON TIERRA, § <br> STARTRAK SYSTEMS, LLC, WIRELESS § <br> MATRIX USA, LLC, JLG INDUSTRIES § <br> INC., TYLER TECHNOLOGIES, INC., § <br> GEOTAB, INC., and NAVISTAR, INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. 6:10-cv-00327 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT KOMATSU AMERICA CORP.

Before the Court is an Agreed Dismissal as to Defendant Komatsu America Corp. Having considered the Agreed Dismissal, and finding that good cause exists, it is hereby ORDERED that the Plaintiff's claims against Defendant Komatsu America Corp. and Defendant's counterclaims claims against Plaintiff in the above-captioned action be, and they hereby are, dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Nothing in this Order shall be construed as a discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit.  All such rights have been, and are, expressly reserved by Plaintiff.