IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | ' |
| Plaintiff, | ' |
| vs. | ' CIVIL ACTION NO. 6:10-cv-00327 |
| | ' **JURY TRIAL DEMANDED** |
| VOLVO CONSTR. EQUIP. NORTH AMERICA, INC., et al., | ' |
| Defendants. | ' |

## STIPULATION OF DISMISSAL AS TO DEFENDANT JLG INDUSTRIES, INC.

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("Plaintiff") and Defendant JLG INDUSTRIES, INC. ("Defendant"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff's claims against Defendant in the above-captioned action be, and they hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Gerald C. Conley
   State Bar No. 04664200
Tonya M. Gray
   State Bar No. 24012726
Mark A. Shoffner
   State Bar No. 24037490
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Ph.: 214.659.4400
Fax: 214.659.4401
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com
markshoffner@andrewskurth.com

Mark C. Nelson
   State Bar No. 00794361
SNR DENTON
2000 McKinney Ave., Ste. 1900
Dallas, TX 75201
Ph.: (214) 259-0900
Fax: (214) 259-0910
mcnelson@snrdenton.com

Kirk R. Ruthenberg
District of Columbia Bar No. 415520
SNR DENTON
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Ph.: (202) 408-6410
Fax: (202) 408-6399
kruthenberg@snrdenton.com

**ATTORNEYS FOR DEFENDANT JLG INDUSTRIES INC.**

/s/ Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph. (817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX 77070
Ph. (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
Stephen E. Edwards
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX 75601
Ph.: (903) 757-8449 x204
Fax: (903) 758-7397
ema@emafirm.com
see@emafirm.com

Thomas John Ward, Jr.
Jack Wesley Hill
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Ph. (903) 757-6400

                                    Fax (903) 757-2323
                                    jw@jwfirm.com
                                    wh@emafirm.com

                                  **ATTORNEYS FOR PLAINTIFF**
                                  **INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of February, 2011 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                    /s/ Michael T. Cooke