IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CONSTR. EQUIP. NORTH AMERICA, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 6:10-cv-00327<br><br>**JURY TRIAL DEMANDED** |

# ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JLG INDUSTRIES, INC.

Recognizing the Stipulation of Dismissal filed by Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC and Defendant JLG INDUSTRIES, INC., it is

ORDERED that the claims asserted by Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC against Defendant JLG INDUSTRIES, INC. be, and hereby are, dismissed with prejudice. Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**So ORDERED and SIGNED this 23rd day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**