IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT TOPCON TIERRA

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("Plaintiff") and Defendant TOPCON TIERRA ("Defendant"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff's and Defendant's claims and counterclaims against each other in the above-captioned action be, and they hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/  Eugene M. Paige  (by permission, MTC)
   Bar No. CA 202849
Robert A. Van Nest
   Bar No. CA 84065
Daniel K. Nazer
   Bar No. CA 257380
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Ph.  (415) 391-5400
Fax: (415) 397-7188
rvannest@kvn.com
emp@kvn.com
dnazer@kvn.com

Michael E. Jones
   State Bar No. 10929400
Allen Franklin Gardner
   State Bar No. 24043679
POTTER MINTON PC
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, TX  75710-0359
Ph.  (903) 597-8311
Fax (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT TOPCON TIERRA**

/s/  Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.  (817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Ph.  (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
Stephen E. Edwards
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Ph.:  (903) 757-8449 x204
Fax:  (903) 758-7397
ema@emafirm.com
see@emafirm.com

Thomas John Ward, Jr.
Jack Wesley Hill
WARD & SMITH LAW FIRM
P.O. Box 1231

        Longview, TX 75606-1231
        Ph.  (903) 757-6400
        Fax (903) 757-2323
        jw@jwfirm.com
        wh@emafirm.com

        **ATTORNEYS FOR PLAINTIFF**
        **INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2011 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ Michael T. Cooke