**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| | ) | |
| INNOVATIVE GLOBAL SYSTEMS LLC, | ) | |
| Plaintiff, | ) | Case No. 6:10-CV-00327-LED |
| v. | ) | |
| | ) | |
| VOLVO CONSTRUCTION EQUIPMENT | ) | **JURY TRIAL DEMANDED** |
| NORTH AMERICA, INC., VOLVO | ) | |
| TRUCKS NORTH AMERICA, INC., | ) | |
| KOMATSU AMERICA CORP., | ) | |
| CATERPILLAR INC., HYUNDAI | ) | |
| CONSTRUCTION EQUIPMENT | ) | |
| AMERICAS, INC., TOPCON TIERRA, | ) | |
| STARTRAK SYSTEMS, LLC, WIRELESS | ) | |
| MATRIX USA, LLC, JLG INDUSTRIES | ) | |
| INC., TYLER TECHNOLOGIES, INC., | ) | |
| GEOTAB, INC., and NAVISTAR, INC., | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF CHANGE OF LAW FIRM**

Please take notice that the new contact information for the attorneys admitted *pro hac vice* in the above-captioned matter is as follows:

Robert G. Abrams, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202-861-1500
Fax: 202-861-1783
rabrams@bakerlaw.com

Gregory J. Commins, Jr., Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202-861-1500
Fax: 202-861-1783
gcommins@bakerlaw.com

2

Dated:  March 29, 2011                    Respectfully submitted,

                                         /s/Robert G. Abrams
                                         Robert G. Abrams, Esq.
                                         Gregory J. Commins, Jr., Esq.
                                         Baker & Hostetler LLP
                                         1050 Connecticut Ave., NW, Suite 1100
                                         Washington, DC 20036
                                         rabrams@bakerlaw.com
                                         gcommins@bakerlaw.com
                                         *Counsel for Caterpillar Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of March, 2011, a true and correct copy of *Notice of Change of Law Firm* was served by operation of the electronic filing system of the U.S. District Court for the Eastern District of Texas.


/s/ Timothy Petre
Timothy Petre