IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>   PLAINTIFF,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al.,<br><br>   DEFENDANTS. | CIVIL ACTION NO. 6:10-cv-327-LED<br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF COUNSEL'S LAW FIRM AFFILIATION
## FOR DEFENDANT CATERPILLAR INC.

On March 16, 2011, the undersigned attorney with the law firm HOWREY LLP representing the Defendant Caterpillar Inc. has changed his affiliation to the firm of WINSTON & STRAWN LLP. The new contact information is as follows:

>Gary J. Fischman
>WINSTON & STRAWN LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242
>Telephone: 713.651.2600
>Facsimile: 713.651.2700
>Email: gfischman@winston.com

DATED: March 31, 2011

>Respectfully submitted,
>
>/s/ Gary J. Fischman
>Gary J. Fischman
> Texas Bar No. 00787469
>Email: gfischman@winston.com
>WINSTON & STRAWN LLP
>1111 Louisiana, 25th Floor
>Houston, Texas 77002
>Telephone: 713.651.2600
>Facsimile: 713.651.2700
>**ATTORNEY FOR DEFENDANT**
>**CATERPILLAR INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 31st day of March, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Gary J. Fischman*
Gary J. Fischman