# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **INNOVATIVE GLOBAL SYSTEMS, LLC** § § § *Plaintiff*, § § § § **v.** § § § **VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR, INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., AND NAVISTAR, INC.,** § § § § § § § § § § § § *Defendants*. § | **CIVIL ACTION NO. 6:10-cv-00327 LED** **JURY TRIAL DEMANDED** |

## INNOVATIVE GLOBAL SYSTEMS LLC.'S NOTICE OF COMPLIANCE PURSUANT TO P.R. 4-1

Plaintiff, Innovative Global Systems LLC., hereby notifies the Court that, pursuant to the Docket Control Order (DKT No. 165) and to the requirements of the Local Patent Rules of the Eastern District of Texas, it has complied with P.R. 4-1 by serving its Proposed Terms and Claim Elements for Construction via Email on counsel for Defendants Volvo Construction Equipment North America, Inc., Volvo Trucks North America, Inc., Caterpillar, Inc., and Startrak Systems, Inc. on today's date.

April 8, 2011                                  Respectfully submitted,

                                                     /s/ Keith A. Rutherford
                                             Michael T. Cooke
                                             State Bar No. 04759650
                                             Jonathan T. Suder

State Bar No. 19463350
Todd I. Blumenfeld
State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, April 8, 2011 with a copy of the foregoing **INNOVATIVE GLOBAL SYSTEMS LLC.'S NOTICE OF COMPLIANCE PURSUANT TO P.R. 4-1** via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                           /s/ Wayne B. Maydwell  
                                                                            Wayne B. Maydwell