IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-0327-LED-JDL<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF COMPLIANCE PURSUANT TO P.R. 4-1

Defendants' StarTrak Systems, LLC, Volvo Construction Equipment North America, Inc., Volvo Trucks North America and Caterpillar Inc. hereby notify the Court that they have complied with Patent Rule 4-1 by serving DEFENDANTS' P.R. 4-1 PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION on counsel for Innovative Global Systems LLC via email on April 8, 2011.

DATED:  April 8, 2011                    Respectfully submitted,

/s/ *Gary J. Fischman (with permission)*
Robert G. Abrams – Lead Attorney
Gregory J. Commins, Jr.
BAKER & HOSTETLER
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.861.1500
Facsimile:   202.861.1783
Email:  rabrams@bakerlaw.com
Email:  gcommins@bakerlaw.com

Gary J. Fischman
 Texas Bar No. 00787469
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor

Houston, Texas 77002
Telephone: 713.651.2600
Facsimile:  713.651.2700
Email: gfischman@winston.com

**ATTORNEYS FOR DEFENDANT CATERPILLAR INC.**

<u>/s/ *Gary J. Fischman (with permission)*</u>
Gregory V. Novak – Lead Attorney
Aaron M. Levine
NOVAK DRUCE & QUIGG, LLP
1000 Louisiana Street, 53rd Fl.
Houston, TX  77002
Telephone:  713.571.3400
Facsimile:  713.456.2836
Email:  gregory.novak@novakdruce.com
Email:  aaron.levine@novakdruce.com

James J. Guiliano
NOVAK DRUCE & QUIGG, LLP
300 New Jersey Avenue, N.W., Fifth Fl.
Washington, D.C.  20001
Telephone:  202.659.0100
Facsimile:   202.659.0105
Email:  jay.guiliano@novakdruce.com

**ATTORNEYS FOR STARTRAK SYSTEMS, LLC, VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. AND VOLVO TRUCKS NORTH AMERICA**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of April, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1.  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


      /s/ *Gary J. Fischman*
      Gary J. Fischman