IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br>Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.<br>Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION OF THE PARTIES TO RESET MEDIATION DEADLINE**

Plaintiff Innovative Global Systems LLC and Defendants Volvo Trucks North America ("Volvo Trucks"), Volvo Construction Equipment North America, Inc. ("Volvo Construction"), StarTrak Systems, LLC ("StarTrak") and Caterpillar Inc. ("Caterpillar") jointly and respectfully move the Court to reset the April 15, 2011 deadline to complete a first mediation set forth in the Docket Control Order (Docket No. 165) to **May 20, 2011**.

Mediation between Plaintiff and Caterpillar is scheduled to occur on April 18, 2011. Mediation between Plaintiff and Volvo Trucks and Volvo Construction is scheduled to occur on May 4, 2011. Mediation between Plaintiff and StarTrak has not yet been set. StarTrak's parent company, Alanco Technologies, Inc., entered into an agreement, on or about February 23, 2011, to sell StarTrak to Orbcomm, Inc. The shareholders of Alanco Technologies, Inc. are expected

to vote on the ratification of the sale of StarTrak on or about May 11, 2011.  Given the foregoing, the parties mutually agree to reset the deadline until May 20, 2011 for mediation completion.

Additionally, the parties respectfully notify the Court that they have agreed to mediate before Gary McGowan of McGowan Dispute Resolution, 5009 Caroline, Suite 100, Houston, Texas 77004-5750.

Dated: April 15, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Michael T. Cooke (with permission) | /s/ Gregory V. Novak |
| Michael T. Cooke | Gregory V. Novak |
| State Bar No. 04759650 | (Texas State Bar No. 15119600) |
| Jonathan T. Suder | NOVAK DRUCE + QUIGG LLP |
| State Bar No. 19463350 | 1000 Louisiana Street |
| Todd I. Blumenfeld | Fifty-Third Floor |
| State Bar No. 24067518 | Houston, TX 77002 |
| FRIEDMAN, SUDER & COOKE | Telephone: (713) 571-3400 |
| Tindall Square Warehouse No. 1 | Facsimile: (713) 456-2836 |
| 604 East 4th Street, Suite 200 | gregory.novak@novakdruce.com |
| Fort Worth, Texas 76102 | **ATTORNEY FOR DEFENDANTS** |
| (817) 334-0400 | **VOLVO TRUCKS NORTH AMERICA,** |
| Fax (817) 334-0401 | **VOLVO CONSTRUCTION NORTH** |
| jts@fsclaw.com | **AMERICA, INC. AND STARTRAK** |
| mtc@fsclaw.com | **SYSTEMS, LLC** |
| | |
| Keith A. Rutherford | /s/ Gary J. Fischman (with permission) |
| R. Scott Reese | Robert G. Abrams – Lead Attorney |
| Sarah R. Cabello | Gregory J. Commins, Jr. |
| WONG, CABELLO, LUTSCH, | BAKER & HOSTETLER |
| RUTHERFORD & BRUCCULERI, LLP | Washington Square, Suite 1100 |
| 20333 SH 249, Suite 600 | 1050 Connecticut Avenue, N.W. |
| Houston, TX 77070 | Washington, DC 20036 |
| (832) 446-2400 | Telephone: 202.861.1500 |
| Fax (832) 446-2424 | Facsimile: 202.861.1783 |
| krutherford@counselip.com | Email: rabrams@bakerlaw.com |
| sreese@counselip.com | Email: gcommins@bakerlaw.com |
| scabello@counselip.com | |

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX 75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com
**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**

Gary J. Fischman
Texas Bar No. 00787469
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: 713.651.2600
Facsimile: 713.651.2700
Email: gfischman@winston.com
**ATTORNEYS FOR DEFENDANT CATERPILLAR INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this April 15, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                               /s/ Gregory V. Novak
                                                                Gregory V. Novak