**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br>Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.<br>Defendants. | Case No. 6:10-CV-00327-LED<br><br>**JURY TRIAL DEMANDED<br> ORDER GRANTING JOINT<br>MOTION OF THE PARTIES TO RESET<br>MEDIATION DEADLINE** |

**ORDER GRANTING JOINT MOTION OF THE PARTIES TO RESET
MEDIATION DEADLINE**

Plaintiff Innovative Global Systems LLC and Defendants Volvo Trucks North America ("Volvo Trucks"), Volvo Construction Equipment North America, Inc. ("Volvo Construction"), StarTrak Systems LLC ("StarTrak") and Caterpillar Inc. ("Caterpillar") all jointly moved to reset the April 15, 2011 deadline to complete a first mediation set forth in the Docket Control Order (Docket No. 165) to May 20, 2011.

Based upon the parties' moving papers, the joint motion is hereby granted. The deadline to complete a first mediation is reset to May 20, 2011.

So ORDERED AND SIGNED

        **So ORDERED and SIGNED this 18th day of April, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,        April 15, 2011

_____    _____
/s/ Michael T. Cooke (with permission)    /s/ Gregory V. Novak
Michael T. Cooke    Gregory V. Novak
State Bar No. 04759650    (Texas State Bar No. 15119600)
Jonathan T. Suder    NOVAK DRUCE + QUIGG LLP
State Bar No. 19463350    1000 Louisiana Street
Todd I. Blumenfeld    Fifty-Third Floor
State Bar No. 24067518    Houston, TX 77002
FRIEDMAN, SUDER & COOKE    Telephone: (713) 571-3400
Tindall Square Warehouse No. 1    Facsimile: (713) 456-2836
604 East 4th Street, Suite 200    gregory.novak@novakdruce.com
Fort Worth, Texas 76102    **ATTORNEY FOR DEFENDANTS**
(817) 334-0400    **VOLVO TRUCKS NORTH AMERICA,**
Fax (817) 334-0401    **VOLVO CONSTRUCTION NORTH**
jts@fsclaw.com    **AMERICA, INC. AND STARTRAK**
mtc@fsclaw.com    **SYSTEMS, LLC**

                                           _____
Keith A. Rutherford    /s/ Gary J. Fischman (with permission)
R. Scott Reese    Robert G. Abrams – Lead Attorney
Sarah R. Cabello    Gregory J. Commins, Jr.
WONG, CABELLO, LUTSCH,    BAKER & HOSTETLER
RUTHERFORD & BRUCCULERI, LLP    Washington Square, Suite 1100
20333 SH 249, Suite 600    1050 Connecticut Avenue, N.W.
Houston, TX 77070    Washington, DC 20036
(832) 446-2400    Telephone: 202.861.1500
Fax (832) 446-2424    Facsimile: 202.861.1783
krutherford@counselip.com    Email: rabrams@bakerlaw.com

sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX 75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com
**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**

Email: gcommins@bakerlaw.com

Gary J. Fischman
Texas Bar No. 00787469
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: 713.651.2600
Facsimile: 713.651.2700
Email: gfischman@winston.com
**ATTORNEYS FOR DEFENDANT CATERPILLAR INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this April 15, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                   /s/ Gregory V. Novak
                                                 Gregory V. Novak