IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, INC., KOMATSU AMERICA CORP., CATERPILLAR INC., HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., TOPCON TIERRA, STARTRAK SYSTEMS, LLC, WIRELESS MATRIX USA, LLC, JLG INDUSTRIES INC., TYLER TECHNOLOGIES, INC., GEOTAB, INC., and NAVISTAR, INC.,<br><br>    Defendants. | Case No. 6:10-CV-00327-LED-JDL<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF COMPLIANCE LOCAL RULE 4-2 PRELIMINARY CLAIM CONSTRUCTIONS AND IDENTIFICATION OF EXTRINSIC EVIDENCE**

Defendants Defendants Volvo Trucks North America ("Volvo Trucks"), Volvo Construction Equipment North America, Inc. ("Volvo Construction"), StarTrak Systems, LLC ("StarTrak") and Caterpillar Inc. ("Caterpillar") hereby certify that on May 9, 2011, a true and correct copy of their Local Rule 4-2 Preliminary Claim Constructions and Identification of Extrinsic Evidence was served as required pursuant to the Patent Local Rules and the Court's Docket Control Order (Docket No. 165) on Plaintiff Innovative Global Systems, LLC ("Plaintiff").

Dated: May 9, 2011

                        Respectfully submitted,

                        /s/ *Gary J. Fischman (with permission)*
                        Robert G. Abrams – Lead Attorney
                        Gregory J. Commins, Jr.
                        BAKER & HOSTETLER
                        Washington Square, Suite 1100
                        1050 Connecticut Avenue, N.W.
                        Washington, DC 20036
                        Telephone: 202.861.1500
                        Facsimile:  202.861.1783
                        Email: rabrams@bakerlaw.com
                        Email: gcommins@bakerlaw.com

                        Gary J. Fischman
                        Texas Bar No. 00787469
                        WINSTON & STRAWN LLP
                        1111 Louisiana, 25th Floor
                        Houston, Texas 77002
                        Telephone: 713.651.2600
                        Facsimile: 7 13.651.2700
                        Email: gfischman@winston.com
                        **ATTORNEYS FOR DEFENDANT**
                        **CATERPILLAR INC.**

                        /s/ *Gregory V. Novak (with permission)*
                        Gregory V. Novak – Lead Attorney
                        Texas State Bar No. 15119600
                        NOVAK DRUCE & QUIGG LLP
                        1000 Louisiana Street
                        Fifty-Third Floor
                        Houston, TX 77002
                        Telephone: 713.571.3400
                        Facsimile:  713.456.2836
                        gregory.novak@novakdruce.com
                        **ATTORNEY FOR DEFENDANTS**
                        **VOLVO TRUCKS NORTH AMERICA,**
                        **VOLVO CONSTRUCTION NORTH**
                        **AMERICA, INC. AND STARTRAK**
                        **SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this May 9, 2011, with a copy of this document via the Court's ECF filing system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                         /s/ *Gary J. Fischman*
                                                                       Gary J. Fischman