IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-0327-LED-JDL <br><br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO EXTEND DEADLINE TO EXCHANGE PRIVILEGE LOGS**

Pursuant to this Court's Order of December 21, 2010 (Dkt. 165), the current deadline for the parties to exchange privilege logs is May 23, 2011.

The parties are in the middle of settlement discussions and therefore request a two week extension to serve their respective privilege logs to and including June 6, 2011.

This extension is not sought for delay and such an extension will allow the parties to continue their negotiations.

 DATED:  May 23, 2011

Respectfully submitted,                                        Respectfully submitted,

/s/ *Michael T. Cooke (with permission)*                 /s/ *Gary J. Fischman*
Michael T. Cooke – Lead Attorney                         Gary J. Fischman
Jonathan T. Suder                                         Texas Bar No. 00787469
FRIEDMAN SUDER & COOKE                                   WINSTON & STRAWN LLP
604 East Fourth Street, Suite 200                         1111 Louisiana, 25th Floor
Fort Worth, TX  76102                                     Houston, Texas 77002
Telephone:  817.334.0400                                  Telephone: 713.651.2600
Facsimile:  817.334.0401                                  Facsimile:  713.651.2700
Email:  mtc@fsclaw.com                                    Email: gfischman@winston.com
Email:  jts@fsclaw.com

                                                          Robert G. Abrams – Lead Attorney
**ATTORNEYS FOR PLAINTIFF**                               Gregory J. Commins, Jr.
**INNOVATIVE GLOBAL SYSTEMS LLC**                         BAKER & HOSTETLER

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.861.1500
Facsimile:  202.861.1783
Email:  rabrams@bakerlaw.com
Email:  gcommins@bakerlaw.com

**ATTORNEYS FOR DEFENDANT CATERPILLAR INC.**

/s/ *Gregory V. Novak (with permission)*
Gregory V. Novak – Lead Attorney
Aaron M. Levine
NOVAK DRUCE & QUIGG, LLP
1000 Louisiana Street, 53rd Fl.
Houston, TX  77002
Telephone:  713.571.3400
Facsimile:  713.456.2836
Email:  gregory.novak@novakdruce.com
Email:  aaron.levine@novakdruce.com

James J. Guiliano
NOVAK DRUCE & QUIGG, LLP
300 New Jersey Avenue, N.W., Fifth Fl.
Washington, D.C.  20001
Telephone: 202.659.0100
Facsimile:  202.659.0105
Email:  jay.guiliano@novakdruce.com

**ATTORNEYS FOR STARTRAK SYSTEMS, LLC, VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. AND VOLVO TRUCKS NORTH AMERICA**

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of May 2011 with a copy to the foregoing document via the Court's CM/ECF system in compliance with Local Rule CV-5(a)(3). Any other counsel of record will be served via United States First Class Mail on this same date.

                /s/ *Gary J. Fischman*
                Gary J. Fischman