IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-0327-LED-JDL<br><br><br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE
TO EXCHANGE PRIVILEGE LOGS**

Before the Court is the Joint Motion to Extend Deadline to Exchange Privilege Logs. The Court finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the parties have until Monday, June 6, 2011 to exchange privilege logs.

WS01049324