IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-0327-LED-JDL <br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO EXCHANGE PRIVILEGE LOGS

Before the Court is the Joint Motion to Extend Deadline to Exchange Privilege Logs. The Court finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the parties have until Monday, June 6, 2011 to exchange privilege logs.

**So ORDERED and SIGNED this 24th day of May, 2011.**

_JOHN D. LOVE_
UNITED STATES MAGISTRATE JUDGE

WS01049324