IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § | |
| Defendants. | § § | |

## **JOINT MOTION TO EXTEND CERTAIN DEADLINES**

Plaintiff INNOVATIVE GLOBAL SYSTEMS, LLC ("Plaintiff" or "IGS"), Caterpillar, Inc. ("Caterpillar"), Volvo Construction Equipment North America, Inc. ("Volvo Construction"), Volvo Trucks North America, Inc. ("Volvo Trucks"), and StarTrak, LLC ("StarTrak") (collectively referred to herein as "Parties") jointly file this Unopposed Motion to Extend Certain Deadlines, and in support thereof, shows the Court the following:

1.      The Court's Docket Control Order of December 21, 2010 set forth the deadline for the parties to exchange privilege logs on May 23, 2011 and the deadline to comply with P.R. 4-3 and file a Joint Claim Construction and Prehearing Statement on June 6, 2011.

2.      The deadline to exchange privilege logs was extended by this Court until June 6, 2011 after a Joint Motion to extend the deadline.  Accordingly, the deadline for the parties to both comply with P.R. 4-3 and exchange privilege logs is currently June 6, 2011

3.      The only four remaining defendants of the initial twelve in this case are Caterpillar, Volvo Construction, Volvo Trucks, and StarTrak.

4. The Parties now seek an extension of the deadline to comply with P.R. 4-3 and the deadline to exchange privilege logs until Monday, June 20, 2011 so that they can determine whether settlement negotiations can be brought to fruition.

5. Such extension is not being sought for delay, and will not disrupt any of the upcoming *Markman* briefing deadlines set forth by this Court.

WHEREFORE, PREMISES CONSIDERED IGS, Caterpillar, Volvo Construction, Volvo Trucks, and StarTrak respectfully request the Court enter an order granting an extension of the deadline to comply with P.R. 4-3 and to exchange privilege logs until June 20, 2011.

**Dated:   June 6, 2011.**                                                        Respectfully submitted,

| | |
|---|---|
| /s/ Gregory J. Commins, Jr.<br>   DC  Bar No. 435440<br>Robert G. Abrams<br>   DC Bar No. 211557<br>BAKER & HOSTETLER LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Ph.:  202-861-1500<br>Fax:  202-861-1783<br>rabrams@bakerlaw.com<br>gcommins@bakerlaw.com<br><br>Gary James Fischman<br>   State Bar No. 0787469<br>WINSTON & STRAWN LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX  77002-5242<br>Ph.:  (713) 651-2637 – direct<br>Ph.:  (713-651-2600 – main<br>Fax: (713-651-2700<br>gfischman@winston.com<br><br>**ATTORNEYS FOR DEFENDANT**<br>   **CATERPILLAR, INC.** | /s/ Michael T. Cooke__<br>State Bar No. 04759650<br>Jonathan T. Suder<br>State Bar No. 19463350<br>Todd I. Blumenfeld<br>State Bar No. 24067518<br>Friedman, Suder & Cooke<br>Tindall Square Warehouse No. 1<br>604 E. 4th Street, Suite 200<br>Fort Worth, TX 76102<br>P: 817.334.0400<br>F: 817.334.0401<br>mtc@fsclaw.com<br>jts@fsclaw.com<br>Blumenfeld@fsclaw.com<br><br>Keith A. Rutherford<br>R. Scott Reese<br>Sarah R. Cabello<br>Wong, Cabellow, Lutsch, Rutherford & Brucculerri, LLP<br>20333 SH 249, Suite 600<br>Houston, TX 77070<br>P: 832.446.2400<br>F: 832.446.2424<br>krutherford@counselip.com |

| | |
|---|---|
| /s/ Aaron Michael Levine<br>   State Bar No.:  DC-474,657; NY-2997203<br>Gregory Vincent Novak<br>   State Bar No. 15119600<br>NOVAK DRUCE + QUIGG LLP<br>1000 Louisiana St., 53rd Floor<br>Houston, Texas 77002<br>Ph.:  713.571.3400<br>Fax:  713.456.2836<br>greg.novak@novakdruce.com<br>aaron.levine@novakdruce.com<br><br>**ATTORNEYS FOR DEFENDANTS VOLVO CONSTRUCTION NORTH AMERICA INC., VOLVO TRUCKS NORTH AMERICA, INC., AND STARTRAK SYSTEMS, LLC** | sreese@counselip.com<br>scabello@counselip.com<br><br>Eric M. Albritton<br>Stephen E. Edwards<br>Eric M. Albritton, P.C.<br>P.O. Box 2649<br>111 West Tyler Street<br>Longview, TX 75601<br>P: 903.757.8449<br>F: 903.758.7397<br>ema@emafir.com<br>see@emafirm.com<br><br>Tomas John Ward, Jr.<br>Jack Wesley Hill<br>Ward & Smith Law Firm<br>P.O. Box 1231<br>Longview, TX 75606<br>P: 903.757.6400<br>F: 903.757.2323<br>jw@jwfirm.com<br>wh@jwfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Michael T. Cooke