**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 6:10-cv-00327 |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Now come S. Calvin Capshaw and Elizabeth L. DeRieux of Capshaw DeRieux, L.L.P., and pursuant to Rule CV-11(f) request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Respectfully submitted,

Date: June 10, 2011

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

ATTORNEYS FOR WIRELESS MATRIX USA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of June, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux