IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-0327-LED-JDL<br><br><br><br>JURY TRIAL DEMANDED |

## **JOINT MOTION TO EXTEND CERTAIN DEADLINES**

Plaintiff INNOVATIVE GLOBAL SYSTEMS, LLC ("Plaintiff" or "IGS"), Caterpillar, Inc. ("Caterpillar"), Volvo Construction Equipment North America, Inc. ("Volvo Construction"), Volvo Trucks North America, Inc. ("Volvo Trucks") and StarTrak, LLC ("StarTrak") (collectively referred to herein as "Parties") jointly file this Unopposed Motion to Extend Certain Deadlines, and in support thereof, shows the Court the following:

The Court's Docket Control Order of December 21, 2010 set forth the deadline for the parties to provide information regarding proposed technical advisors to the Court on June 16, 2011. Pursuant to The Court's Order on Joint Motion to Extend Certain Deadlines of June 6, 2011 the deadline for the parties to comply with P.R. 4-3 and exchange privilege logs is currently June 20, 2011.

The only four remaining defendants of the initial twelve in this case are Caterpillar, Volvo Construction, Volvo Trucks, and StarTrak.

The parties are in the middle of settlement discussions and therefore request an extension until June 24, 2011 to serve their respective privilege logs, comply with P.R. 4-3 and provide the Court information regarding proposed technical advisors.

WS011212901                                                  1

This extension is not sought for delay and such an extension will allow the parties to continue their negotiations.

WHEREFORE, PREMISES CONSIDERED IGS, Caterpillar, Volvo Construction, Volvo Trucks, and StarTrak respectfully request the Court enter an order granting an extension of the above deadlines until June 24, 2011.

DATED:  June 16, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Michael T. Cooke (with permission)* <br> Michael T. Cooke – Lead Attorney <br> Texas Bar No. 04759650 <br> Jonathan T. Suder <br> Texas Bar No. 19463350 <br> Todd I. Blumenfeld <br> Texas Bar No. 24067518 <br> FRIEDMAN SUDER & COOKE <br> Tindall Square Warehouse No. 1 <br> 604 E. 4th Street, Suite 200 <br> Fort Worth, TX  76102 <br> Telephone:  817.334.0400 <br> Facsimile:   817.334.0401 <br> Email:  mtc@fsclaw.com <br> Email:  jts@fsclaw.com <br> Email:  blumenfeld@fsclaw.com <br><br> **ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS LLC** | /s/ *Gary J. Fischman* <br> Gary J. Fischman <br>  Texas Bar No. 00787469 <br> WINSTON & STRAWN LLP <br> 1111 Louisiana, 25th Floor <br> Houston, Texas 77002 <br> Telephone: 713.651.2600 <br> Facsimile:  713.651.2700 <br> Email: gfischman@winston.com <br><br> Robert G. Abrams <br> DC Bar No. 435440 <br> Gregory J. Commins, Jr. <br> DC Bar No. 211557 <br> BAKER & HOSTETLER LLP <br> Washington Square, Suite 1100 <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC  20036 <br> Telephone:  202.861.1500 <br> Facsimile:  202.861.1783 <br> Email:  rabrams@bakerlaw.com <br> Email:  gcommins@bakerlaw.com <br><br> **ATTORNEYS FOR DEFENDANT CATERPILLAR INC.** |

/s/ *Gregory V. Novak (with permission)*
Gregory V. Novak
Texas Bar No. 15119600
Aaron M. Levine
DC Bar No. 474657
NOVAK DRUCE + QUIGG, LLP
1000 Louisiana Street, 53rd Fl.
Houston, TX  77002
Telephone:  713.571.3400
Facsimile:   713.456.2836
Email:  greg.novak@novakdruce.com
Email:  aaron.levine@novakdruce.com

**ATTORNEYS FOR DEFENDANTS STARTRAK SYSTEMS, LLC, VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. AND VOLVO TRUCKS NORTH AMERICA, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2011, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Gary J. Fischman*
Gary J. Fischman