IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT<br>NORTH AMERICA, INC., et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-0327-LED-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES

On this date came for consideration the Joint Motion to Extend Certain Deadlines filed jointly by Plaintiff Innovative Global Systems, LLC, Defendants Volvo Construction Equipment North America, Inc., Volvo Trucks North America, Inc., Caterpillar, Inc., and StarTrak, LLC. After consideration of said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the parties to comply with P.R. 4-3 is extended until June 24, 2011. It is further ordered that the deadline for the parties to exchange privilege logs is also extended until June 24, 2011. It is further ordered that the deadline for the parties to provide information to the Court regarding proposed technical advisors is also extended until June 24, 2011.

So ORDERED and SIGNED this 17th day of June, 2011.

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

WS01121288