IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-0327-LED-JDL<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES

On this date came for consideration the Joint Motion to Extend Certain Deadlines filed jointly by Plaintiff Innovative Global Systems, LLC, Defendants Volvo Construction Equipment North America, Inc., Volvo Trucks North America, Inc., Caterpillar, Inc., and StarTrak Systems, LLC. After consideration of said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the parties to comply with P.R. 4-3, exchange privilege logs, and provide information to the Court regarding proposed technical advisors is extended until July 8, 2011.