IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT CATERPILLAR INC.

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("Plaintiff") and Defendant CATERPILLAR INC. ("Caterpillar"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff's claims against Caterpillar in the above-captioned action be, and they hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit.  All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Gregory J. Commins, Jr.
   DC Bar No. 435440
Robert G. Abrams
   DC Bar No. 211557
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Ph.: 202-861-1500
Fax: 202-861-1783
rabrams@bakerlaw.com
gcommins@bakerlaw.com

Gary James Fischman
   State Bar No. 0787469
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Ph.: (713) 651-2637 – direct
Ph.: (713-651-2600 – main
Fax: (713-651-2700
gfischman@winston.com

**ATTORNEYS FOR DEFENDANT CATERPILLAR INC.**

/s/ Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.: (817) 334 0400
Fax: (817) 334 0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX 77070
Ph. (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX 75601
Ph. (903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

Thomas John Ward, Jr.
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Ph. (903) 757-6400
Fax (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF INNOVATIVE GLOBAL SYSTEMS, LLC**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of July, 2011 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/ Michael T. Cooke