IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al., | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CATERPILLAR INC.

Recognizing the Stipulation of Dismissal filed by Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC and Defendant CATERPILLAR INC., it is

ORDERED that the claims asserted by Plaintiff against Defendant be, and hereby are, dismissed with prejudice.  Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**So ORDERED and SIGNED this 20th day of July, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**