IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., | § § § § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL AS TO DEFENDANTS
VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.,
VOLVO TRUCKS NORTH AMERICA, AND STARTRAK SYSTEMS, LLC**

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC and Defendants VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. VOLVO TRUCKS NORTH AMERICA, and STARTRAK SYSTEMS, LLC, and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff's and Defendants' claims and counterclaims against each other in the above-captioned action be, and they hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patents-in-suit.  All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/  Aaron Michael Levine
   State Bar No.:  DC-474,657; NY-2997203
Gregory Vincent Novak
   State Bar No. 15119600
NOVAK DRUCE + QUIGG LLP
1000 Louisiana St., 53rd Floor
Houston, Texas 77002
Ph.:  713.571.3400
Fax:  713.456.2836
greg.novak@novakdruce.com
aaron.levine@novakdruce.com

Robert F. Kramer
   CA Bar No. 181706
NOVAK DRUCE + QUIGG LLP
555 Mission Street, 34th Floor
San Francisco, CA 94105
Direct:  (415) 814-6161
Main:  (415) 814-6150
Fax:  (415) 814-6165
robert.kramer@novakdruce.com

James J. Guiliano
   State Bar No.:  NY-2791291
NOVAK DRUCE + QUIGG LLP
300 New Jersey Ave., NW, Fifth Floor
Washington, DC  20001
Ph.:  202-659-0100
Fax: 202-659-0105
jay.guiliano@novakdruce.com

**ATTORNEYS FOR DEFENDANTS
VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, and STARTRAK SYSTEMS, LLC**

/s/  Michael T. Cooke
   State Bar No. 04759650
Jonathan T. Suder
   State Bar No. 19463350
Todd I. Blumenfeld
   State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.:  (817) 334 0400
Fax: (817) 334 0401
jts@fsclaw.com
mtc@fsclaw.com
blumenfeld@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
   RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
Ph.  (832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
Stephen E. Edwards
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
Ph.  (903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com
see@emafirm.com

Thomas John Ward, Jr.
Jack Wesley Hill
WARD & SMITH LAW FIRM
P.O. Box 1231

2

                                                    Longview, TX 75606-1231
                                                    Ph.  (903) 757-6400
                                                    Fax (903) 757-2323
                                                    jw@jwfirm.com
                                                    wh@jwfirm.com

                                                    **ATTORNEYS FOR PLAINTIFF**
                                                    **INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that on the 1st day of August, 2011 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                    /s/ Michael T. Cooke