IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00327 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., | § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, AND STARTRAK SYSTEMS, LLC

Recognizing the Stipulation of Dismissal filed by Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC and Defendants VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, and STARTRAK SYSTEMS, LLC, it is

ORDERED that the claims and counterclaims asserted by Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC and Defendants VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, and STARTRAK SYSTEMS, LLC, against each other be, and hereby are, dismissed with prejudice. Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patents-in-suit; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**So ORDERED and SIGNED this 5th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**