IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CASE NO. 6:10cv327 LED-JDL |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., et al, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the dismissal of all Defendants, the Court hereby enters Final Judgment. Plaintiff Innovative Global Systems LLC ("Innovative") filed suit against twelve (12) Defendants in this case on July 1, 2010. Since that time, all Defendants have been dismissed: Volvo Construction Equipment North America, Inc. (Doc. No. 219); Volvo Trucks North America, Inc. (Doc. No. 219); Komatsu America Corp. (Doc. No. 191); Caterpillar, Inc. (Doc. No. 215); Hyundai Construction Equipment Americas, Inc. (Doc. No. 126); Topcon Tierra (Doc. No. 193); Startrak Systems, LLC (Doc. No. 219); Wireless Matrix USA, LLC (Doc. No. 152); JLG Industries Inc. (Doc. No. 190); Tyler Technologies, Inc. (Doc. No. 140); Geotab, Inc. (Doc. No. 140); and Navistar, Inc. (Doc. No. 127).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and

third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 11th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**